[If you need additional space for ANY section, please attach an additional sheet and reference that section]

**RECEIVED**

DEC C 9 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BRENDA HERRON )

        Plaintiff

        v.

Gold Standard Bakery )

        Defendant

**United States District Court**
**Northern District of Illinois**

**1:19-cv-08051**
**Judge Andrea R. Wood**
**Magistrate Judge Susan E. Cox**

## COMPLAINT

HOStIAL WORK ENVORITMENT
I Brenda work For GOLD StANdard Bakery where
75% OF The Employee Are Hispanic ALL Communection
Is Done IN Spanish IN my depArtmont Then Line Lead
or Supervisor would ExplAIN IN English.

I Brenda Herron StArted Experiene Abusive LANguage
Yelling, Imtimidating And Threating behavior From my
co workers, Line Lead Supervisor. And mawgonont
oN 6/14/19. And I Have Reported To Human Resourse Sourses
And Sent Several EmAIL To Human Resourse Sourses
Praeeeeeeeedere Numerous Times And Nothing has been
done I went To doctor 07(17) 19 For LAck OF Sleep
ANxITY AttAcK And depression I RETurn To WORK
07/20/19. When I Return To work & WAS Still boing HArrss
For Several weeks AFtor I came bAck To work
IT HAs been Very difficult And Very UN comFortAble FOr
me because OF The OFFENSive And oppersive
Atmosphere I work IN. The behavior OF my co-worker
Line Leads And Supervisor Has cause me To TAKe
A leave OF Absone. EFFecti 8/27/19 - Returnin To
work 1/2/20 I ReAlly FeAr ReturNing To work

Brenda Herron 12/9/19

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

HARASSMENT / STRESS Ful WORK ENVIROMENT
AND HOSTIAL WORK ENVIROMENT

I Brenda Herrow WORKING At Gold Stanard Bakory
3760 N. Kedzie Ave Chicago Zllinois 60632

773-523-2333

I Brenda Herrow HAve been working inn
A department where I Am constacly
being HAress From 06/14/19 Thru 08/26/19
by MAngomenT, supervisor, Line leads,
Co-workers And Human Resourse,

I Brenda Herrow HAve Reported To HUMAN
Resourse ① MYRA ENQUEZ, ② ROXANNA DIAZ,
③ Ashley Mojorando, And Angle

I Brenda Herrow HAve Reported To MANgomonT
① OSAMAh ShAitAF, Eberhart oporLANder

I Brenda Herrow HAve been HArass on ~~~~~~
A DAILY basic by co-workers A LOJANACO AVAIOS
And ROSALbA Chico.

I Brenda Herrow HAve been HArass A DAILY basic
by supervisor ChristAIN RoA And Line LeAd
ROSA Lopez And NOURA DJAhed.

I Brenda Herron IS FILING A LAWSUIT AGAINST GOLD Standard BAKERY OWNERS, MANAGEMENT, HUMAN Resourse, Supervisor, AND LINE leADS.

MY FIRST INCIDONT OF HARASSMONT occured ON 6/14/19 WITH CO-WORKER ALEJANGO beH dOVA AUArIOKS WHILE WORKING ON PACKING LINE STACKING TRAYS OF CROSSIANT ALEJANGO Started YellING AT ME SAYING THAT I AM NOT STACKING TRAYS RIGHT I TOLd him THAT I HAVe been doing This JOb For several MONTHS, ALE JANGO THON CAll me A lOCA pUTA. I THON TOLd Him I AM NOT A CRAZY BITCH I THON Reported Him TO HuMAN Rosoursos

6/15/19 I WAS WORKING ON The PACKING lINe WHON The lINe JAM I WAS TRYING TO UN JAM The line WHEN RUSIADA CAll ME A LAZY BITCH I Reported TO HUMAN Roscurso

6/17/19 I WENT TO The bATHROON WHON ROSA LOPEZ ANd Christian ROA Time ME goING TO The bATHROON I ReporMed TO HUMAN Rosourse

06/23/19 I went on my ~~break~~ break for 10 minutes
When I Return to my department Rosa Lopez
Line Lead And Christian Roa both Accuse me of goin-
over 2 minitues on my break Christian The
Supervisor Then wrote me up I Reported To Huma Rosu

7/4/19 Rosa Lopez Line Lead And Christian Roa
Supervisor And Rosiana Chico coworker
We Had NO work in my department
Everyone was on break on cleaning departm
Time I went to the bathroom. Rosa, Christian
Said That I went to the bathoon 2 many Times
I Told Him we had no work and The
~~Whole~~ Whole department is on break ~~etc~~
Why is He Harassing me Then Rosiaba
My co-worker Started Yelling at me.
I Reported To Human Rescurso

7/8/19 I went To Human Rescuro To ask
Myea Enguoz About moving To Another
department

7/10/19. CHRISTIAN ROA The Supervisor AND ROSA LOPEZ The line lead pull me to The side OF The PACKing departmant And Told me THAT I WAS soon ON Video Touching my Face Then Touching The Product I Told THAT If THAT WAS The situation Then I AlWAYS Keep EXTrA Gloves IN my pocket I would HAVe Change Them I WAS Told E will be written up by mAngemonT no warning I Then SAId who Are you keep on Harassing me. OSAMAh ShpitAFF wrote me up I WenT To HumAN Resoure And Request to See VidO.

7/11/19 MYRA From HumAN Resoure sent ℓℓℓℓℓℓℓℓℓℓℓℓℓℓℓℓℓℓℓℓℓℓ EMAIL SAYing THAT AShley AND Angie SAId I could NOT Chang departmont or my Time Schedule why Me. Several OF my co-worker Change There Schedule or departmonT.

7/14/19 SenT EMAIL TO MYRA HumAN Resoure To See The video OF me Touching my FAed

7/14/19 Christian ROA. Supervisor SAId He WAS going To write me up For sitting down Whom we had no work why Are you keep on Harassing me I Reported To HumAN Resourse

7/15/19 I Entered The PACKING Department
3 minute prior To Starting when
Christian ROA Told me THAT I CAN NOT DRINK
Any WATer From container I Should Had Stop AT
The Store And bought some water. I told
This water is For The Employee To Drink so
why Are you Still Harassing me I
I Reported To HUMAN Resours

7/16/19. ~~Osamah~~ ROXANNA DIAZ Human
Resource, Said THAT Video WAS NOT Adduu
I inform Her THAT I Had See Video OF other
Incident.

7/16/19 OSAMAM The Manger wrote me
up For Touching my FAce.

7/16/19 Working on The PACKING line
        when ROSIANA Chico co-worker
Started Trowing Crossiant AT me. I
Reported To HUMAN Rescues

7/17/19. Under Doctor care for lack of sleep, Anxity Attack And depression.

Return to work 7/20/19.

7/20/19 still being Harass By ALOJAPANO Tossing Trays At me And Yelling IN SPANISH I Reported To Simmon supervison I Raported To Human Resource

8/6/19 I Am being Harass by Christian The Supervisor, Rosa line lead And Rosiaba Co-worker. No work went To bathroom When I Return Rosiaba Co-worker started Yelling AT me. THAT I TOOK To long IN bathroom Then Rosa The line lead said THAT She is going To Report me To Christian The Supervison When Christian came into The PACKng Department Our machine broke down And I was Taking Crossiant off The line Then I started To ~~strikethrough~~ Put Crossiant IN Basket Christian Started Yelling AT me And Told Me To Clean The Floor While I WAS Sweeping Rosiaba Then Put Her Finger IN MY FACE Then Snatch The Broom I Reported

8/7/19 Still be HARASS by Christian
The Supervisor And ROSA LOPEZ The line
Lead. both SAYing I Need To Roll down
My Shirt Sleeves Several co-workers in
My department were sleeves up why pick on me
I Reported To Human Resourse

8/12/19. Still being HARASS by Christian
Superuisor And ROSA line Lead. both
Approach me saying That I Am not doing
My Job propertcy because The machine
is breaking Down I Reported To Human Resuvs

8/12/19 Sent Email About I work with
5 other labioe in my department, I
Am The only one being HARASS

8/14/14 Sent letter to Human Roscuro About
me constaly being HARASS by mangoment
Supervisor And line leads An co-workers

8/15/19 Human Resourse watch vidou And told
Angre will Talk To Roslana About He BAHAvior
But I can not watch vidou.

8/18/19 I WAS TOLD by MY UNION Repersative
Raymond LANSKey. I AM ENtiLe TO
WATch ANY Video where I Am INVOLVENT
IN or MY CO-workers, LINeLead ANd
Supervisor. or ANy OF MY WORK PerFormance
WITH GOLD STANDARD BAKKEY.

8/18/19. ReQuesT FOR LeAV OF AsbANCe
due TO Stress.

8/20/19 ROSA LOPez LiNe Started YolliNg AT
Me Then SNATch GARbAge CAN OUT OF
MY HANds. TOOK Her WALKey TALKey. OFF
ANd Shoved IT IN MY FACe.
I Reported TO HumAN Resourso.

8/20/19. WorKiNg ON StACKiNg Trays ChristiAN SuperVise
Helping ~~Staccer~~ StAcker. Christian Started TAuNtiNg
Me AbOut MY Work PerFormANce ANd SoNoriAPTY
He SAID I don't KNOW ANYthiNg ANd I been
Here For A LONG Time I Told Him TO Stop HArassiNg
Me. I Reported Him TO HumAN Resource.

ON 8/27/19 I Brand Herron
Under doctor care is on Leave
OF ASbance. until 1/2/20

I BRENDA HERRON HAVE Several
WITNESS THAT I work WITH who
HAVE witness All OF MY SiTuATion
WITH co-workers, Line loads And Supervisor

1. THEDORIA
2. CRYSTAL
3. EDEN
4. TINA
5. ESTER
6. DEVANTA

Mail - brenda herron - Outlook

Page 1 of 1

::: Outlook     🔍 Search        Ⓢ ⚙ ◁ ? BH

≡   + New message     ↺ Reply ∨   🗑 Delete   🗂 Archive   ▭ Move to ∨   ⊘ Categorize ∨ ↑⋯ ↓ ✕

> Favorites

     **Disrespect by co worker**

∨ Folders

       BH   brenda herron        ↺ ↺ → ⋯   ∧

▢ Inbox     3       Sun 6/16/2019 2:17 PM

🚫 Junk Email   49       Mayra Enriquez ⊻

🖉 Drafts     48       **Good Morning Myra**

▷ Sent Items        On 06/14/2019 I was working on line 3 rosaba went to break I was left on the

🗑 Deleted Items   319    line by myself to do the repack it got bussy and the palet tizier ask me to stack
trays. I was stacking them and alejandor start complaining that I was not doing

🗂 Archive        them right I told I am doing the best that I can then he starting yelling at me and
he call me a loco puta . I then ask him why he call me a crazy bitch we then got

   Conversation Hist...    into conformation he then told Mitchell and I then told her how he was yelling at
me and call me out of my name.

   nat     55       Myra I have been subjected to this type of harassment before with Noura the line

   New folder       lead Myra you could you please look into this matter because the is still doing
the same thing to me on 06/15/2019

       Brenda Herron
       1-312-256-6849

       **From:** brenda herron <bjh3855@hotmail.com>
       **Sent:** Thursday, February 21, 2019 6:14 AM
       **To:** Mayra Enriquez
       **Subject:** Re: My Benfit

       Good morning Mayra

       I will be in early on Thursday to complete my forms . I want to thank you for
       experditng this issue.

       Brenda Herron
       1-312-256-6849

       **From:** Mayra Enriquez <MEnriquez@gsbaking.com>
       **Sent:** Wednesday, February 20, 2019 10:33 AM
       **To:** brenda herron
       **Subject:** RE: My Benfit

       Please stop by to fill the union entry forms. I will have you union initiation process.

       Mayra

       **From:** brenda herron [mailto:bjh3855@hotmail.com]
       **Sent:** Tuesday, February 19, 2019 6:40 AM
       **To:** Mayra Enriquez <MEnriquez@gsbaking.com>
       **Subject:** Re: My Benfit

       Good morning Mayra

       I want to know if my benefit packager has been aprove for my insurance
       Mayra it's been more then 5 months scence I was hired 09/2018 and I have
⬗ Upgrade to Office    not had insurance with the company how much longer do I have to wait
   365 with premium     because I need my insurance.
   Outlook features

       Thank You

✉ 🗓 ⌨ ⋯       Brenda Herron
       1-312-256-6849        ∨ ▷

::: Outlook     🔍 Search      🅢 ⚙️ ⤢ ?   BH

≡   + New message     ↩ Reply ∨   🗑 Delete   🗀 Archive   ▭ Move to ∨   ⊘ Categorize ∨ ↑·· ↓ ✕

> Favorites      **Re: Harassement by co worker**

∨ Folders      ⊙   You replied on Fri 6/21/2019 2:09 AM

🖵 Inbox    3     BH   **brenda herron**         ↩ ↩ → ···

🚫 Junk Email   49      Tue 6/18/2019 1:00 PM

🖉 Drafts    48      Mayra Enriquez ⊗

➤ Sent Items        Hello Myra

🗑 Deleted Items   319      This incident occurred on 06/15/2019 on line 3 packing between 5:00 pm

🗂 Archive      and 6:00Pm I am not to sure of the time because we were very busy. I was
working with Therdora , Roisaba and Eden when the jam occurred when
    Conversation Hist...      that happen the person on the inside of the line switch the bread to the
other line then the person on the outside of the line cross over to the other
    nat    55      side and start working on the bread until the problem is fix . I was working
on the bread when Roisaba start yelling at saying that I need to come back
    New folder      over to the other side I told her I was working on this side and that she can
clear up the problem then she call me a lazy bitch. Therodora came over to
help with the removal of the jam when Roisaba start yelling at her in Spanish
Therodora then went back over to the other side of the line. Then Rosa
came into the department and Roisaba start yelling to her in Spanish but
Rosa ignore her and went on to clear up the jam . Then Mitchell came into
the department and both myself and Roisaba told her what happen Mitchell
said that she was going to wright both of us up I said to Mitchell that
Roisiaba is the one who is yelling at me and everyone else in the
department and calling me out of my name. Mitchell told me to leave it
alone that why I am contact you Myra.

Myra I come to work every day that I am on schedule to work to do my job. I
just move to line 3 2 weeks ago the first week that I work in the department
I had no issue with anyone in the department .
When Rosiaba was move back to line 3 the second week that I was working
she started harassing me about certain work position I inform her that I was
working on line 3 for 6 month and I know what is expected nothing has
change and if so then Rosa would let me know. During that week on several
occasion Roisaba has been yelling at me and I told her to leave me alone and
she don't need to yell at me Rosa was right there Rosa said something to her
in Spanish and she stopped .

Myra I should not be subjected to this type of behavior at work all of my
coworkers know that I am a hard working person and I will help with any
problems in our department. I just left line 1 packing
when I was move over there I did not know anyone and never work that line
I learn how to do the work without any complaints or harassment for 3
month so this type of behavior is the same thing I went throw with nour for
3 month before I was move I hope that you can resolved this matter I
don't like to be harass or call out of my name.

Brenda Herron
1-312-256-6849

From: Mayra Enriquez <MEnriquez@gsbaking.com>
Sent: Monday, June 17, 2019 8:02 AM
To: brenda herron
Subject: RE: Harassement by co worker

🖙   Upgrade to Office      Can you please tell me the exact date, time, and location this incident happened?
   365 with premium      Was there anyone one else that might have hear her say this to you? Did you report
   Outlook features      it to a supervisor or manager?

✉ 🗓 ⌗ ···      Mayra           ∨ ▷

Mail - brenda herron - Outlook



Outlook

Search

BH

+ New message

↩ Reply ∨   🗑 Delete   🗑 Archive   ▭ Move to ∨   ⊘ Categorize ∨ ↑⋯ ↓ ✕

Favorites

Re: Harassement by co worker

Folders

BH   **brenda herron**
Fri 6/21/2019 2:09 AM
Mayra Enriquez ❯

↩ ↩❯ → ⋯

Inbox                3

Junk Email          49

Drafts              48

Sent Items

Deleted Items      319

Archive

Conversation Hist..

nat                 55

New folder

**Good Morning Myra**

I need let you know that on 06/17/219 I am now being harass by Rosa the line lead and Christian the supervisor. Rosa ask me to go on my last brake around 9:40 Pm prior to talking to Christian the supervisor when I was leaving the department to go to my last break Christian was standing in the hallway near the wall with his phone in his hand I did not think anything about him standing there with his phone so I went to clock out it was 9:44 Pm.

I went to the restroom my stomp was a little upset so I was in the rest room and was gone a extra 5 minutes when I return to the line Christine came over to me and showed me his phone saying that he had time me and I was gone 22 minutes .I told him I didn't realized that the time was over my break but i had to used it he told me don't let it happen again i then said why are you timing me there are several people in this department that might go over there brake or lunch why are you target me.

Myra on 06/20/2019 line 3 packing I went to my department starting working at 3pm to my assign position at the end of the line checking trays for broken plastic and correct dates on the trays.. My next position 5:00 m load boxes on covey belt and the ipack machine for 2 hours then at 7:00 pm the packing line on the outside of the line at 8:15 pm Christian told me to leave the line and go and do repack because I don't know how to pack.

Myra I started working for Elite Staffing as a temp 06 /2018 on line 3 packing 2nd shift for 3 month before I was hired by the company 09/2018 Gold Stanard Barkery then. I was moved to 3rd shift in the 3 month that I work 3rd shift I experience several harassment incident with noura the line lead I reported them to you the first time and over 4 time after for 3 months including a injury by her and several verbal altercation and nothing was ever done.I ask you to transfer me to another line but you told me it is by seniority. I then said that Noura is harming me and harassing me every day Myra you said that I have to wait until someone leave.

Myra I know what is expected of me working in the packing department and any area that i am needed but the disrespect by my co worker Alerando calling me out my name 06/14/2019 the harassment by Rosido 06/15/2019 and calling me out of my name and the line lead Rosa and Christine 06/17/2019 timing me on my breaks and to remove me form the line packing 06/20/2019
saying i don't know how to pack.

Myra I don't want to keep worrying about who is going to disrespect or harass me I come to work to do my job not to be watching my back .

Brenda Herron
1-312-256-6849

**From:** brenda herron <bjh3855@hotmail.com>
**Sent:** Tuesday, June 18, 2019 12:59 PM
**To:** Mayra Enriquez
**Subject:** Re: Harassement by co worker

Hello Myra

This incident occurred on 06/15/2019 on line 3 packing between 5:00 pm

Free 'House Flipping'

FortuneBuilders

BodyTech Elite®: Mac
ingredients—for expe
The Vitamin Shoppe

See Why Guys Can't L
Socks

Upgrade to Office
365 with premium
Outlook features

Mail - brenda herron - Outlook



::: Outlook   🔍 Search

≡  + New message

〉 Favorites

⌄ Folders

⌀ Inbox          3

⊘ Junk Email    49

✎ Drafts        48

▷ Sent Items

🗑 Deleted Items  319

🗄 Archive

   Conversation Hist…

   nat            55

   New folder

↩ Reply ⌄  🗑 Delete  🗂 Archive  ▣ Move to ⌄  ⊘ Categorize ⌄ ↑⋯ ↓ ✕

**Harassment**

BH   brenda herron
     Sun 6/23/2019 1:34 AM            ↩ ↩ → ⋯
     Mayra Enriquez ⌄

Good Morning Myra

I am still being harness by Rosa the line lead she inform Mitchell that I went on my last break and stayed 22 mintues .
Myra today was my day to relived all of the workers on line 3 for there breaks and lunch today and do the repacks,cleaning,and any were else that I am needed 06/23/2019 .

I start the first break at 4:00 pm and finish at 5:00 pm including my break. I then started the lunch at 5:30 pm complected all of them including my self by 7:30:pm.

Myra we don't start last break until 9:00 Pm I relived
Tina ,Theodora,Eden,Isabel and myself Rosalba do what she want to do therefore I don't include her for ant breaks and lunches. Myra I went to the front at almost 10:00 m where I stopped at the front of the line to get and some water because the water container is station in the front of the line and we can't get any water unless we have someone to relive us. I then proceeded to leave the department to go on my last break . I know that I should have clock out at the first time clock but I had to go to the bathroom .

Myra I then went to the bathroom first I was in there not long I then proceeded to the time clock where I clock out at 10:00
I return at 10:10 m I went back to my department and started to clean and assist if needed.Myra I clean the department until it was time for me to leave and go home.

Myra Mitchell the supervisor cane and ask me to come and talk with her at 10:59 Pm and told me that I will be receiving 2 wright up toda y06/23/2019 because I was late for work and I took too long for my last break. I then Mitchell that the doctor was late and all appointments was push back.

I received one warning today 06/23/2019 about being late for work and was told by Mitchell i will received one tomorrow 06/247/2019 when I come to work for being late from my breaks after Osamba review the video ed tapes. Myra I talked to you on 06/22/219 about the continue harassment that I am experience with the supervisor and management. I come to work everyday .

Myra I don't bother anybody at all I should not to be subjected to this type of harassment again.I watch my coworkers take long lunches and breaks and I don't say noting but time I take and extra minutes I am being reported. Myra if you have time could you look at the video of all of the ladies on the line 3 and Rosa the line lead and Rosalba and all of the men that work on the line 3 for 06/23/2019 and you will see for your self that everybody takes extra time all of the co workers take extra time for there breaks and lunches some of them take up to 15 minutes extra . This is what they do go to there locker put there food in microwave or go to the store then they will come back then clock in

Myra could you please investigate this matter because it is getting like the issue that I had with Noura the line lead on 3 when i was working nights and all of he supervisor when i was working the night shift.I don't need this type of stress again everyday that i come to work i need my job.

Brenda Herron

Switch to Progressive
save $699 on car insu
Progressive

6 Credit Cards You S
If You Have Excellen
NerdWallet

The Most Useless Ca
Been Made
Money Pop

Sponso

⌖ Upgrade to Office
365 with premium
Outlook features

✉  📅  ℝ  ⋯

Mail - brenda herron - Outlook

Page 1 of 1

:::   Outlook     🔍 Search

≡   + New message

>   Favorites

∨   Folders

▢   Inbox   3

◇   Junk Email   49

✎   Drafts   48

➤   Sent Items

🗑   Deleted Items   319

⊡   Archive

    Conversation Hist...

    nat   55

    New folder

↩ Reply ∨   🗑 Delete   🗂 Archive   ▣ Move to ∨   ⊘ Categorize ∨ ↑··· ↓ ✕

### Breaks And lunches

**BH**   brenda herron
Mon 6/24/2019 7:23 AM
Mayra Enriquez ☒

**Good Morning Myra**

I wanted to share this information with you regarding my co worker break and lunch. If you have time today could you look at the break for line 3 on 06/23/2019. unfortunately we had 3 extra coworker from 1st shift stayed over. Our break started at 4:00 Pm
for Chrystal, Theodora, and Isabel then eden,me and rosiba was next Rosa leave and stay numerous times of the day.The men also takes long break and lunch.The ladies that stay over from 1st shift also takes long break.

Myra the ladies Lunches started at 5:00 pm Myra you will see that all of them stayed at least 5 to 15 minutes over I intentionally stay over because each time that i went to my break and lunch Christian was in my department with his phone in his hand . I know that i was being timed . Myra this is the type of harassment that i have to put up with at work this is unfair to me not knowing what to expect each day that i come to work.

Brenda Herron
1-312-256-6849


Switch to Progressive
save $699 on car insu
Progressive


Robert Herjavec is hu
Americans who want
The Startup Investor

Play this for 1 minute
everyone is addicted
Throne

Sponso

🌐   Upgrade to Office
365 with premium
Outlook features

✉   🗓   ⊠   ···

Mail - brenda herron - Outlook

Page 1 of 1



**Re: Breaks And lunches**

BH  brenda herron
Tue 6/25/2019 10:05 PM
Mayra Ennquez ⩔

Good Morning Myra

I really appreciate your concern with this matter but it was not Mitchell that time me it was christian who watching me take my first break at 4:00 pm and my lunch at 5:00 pm on 06/23/2019. I am aware of the time that i need to punch out for both of my break and lunch and i will make sure that it is done.

Myra could you please check to see if my time was corrected for 06/16/2019 because i had mention it to you and you inform me that my supervisor was responsible Mitchell whom i inform and then then Osomba both of them told me it was taken care of as of 06/24/2019 i am concern because time goes in on 06/25/2019.

Brenda Herron
1-312-256-6849

From: Mayra Enriquez <MEnriquez@gsbaking.com>
Sent: Monday, June 24, 2019 5:45 PM
To: brenda herron
Subject: RE: Breaks And lunches

Hi Brenda,

Thank you for the information, I will review and address this concern with the employees you'd mentioned. Please remember to make sure you are not part of the group who is taking extra time for breaks and lunches. As discuss on Friday, all employees need to punch in and out from breaks and lunches, no exception. Breaks are 10 minutes. Lunches are 30 minutes.

I do recall you mentioning Michelle had timed your breaks as-well. This was the same concern I brought to you on Friday when we were looking at your time card. You were not punching in and out for you breaks and it's very important you do. I will ask the supervisor to address the breaks and lunches for all employees.

Mayra

From: brenda herron [mailto:BJH3855@hotmail.com]
Sent: Monday, June 24, 2019 7:24 AM
To: Mayra Enriquez <MEnriquez@gsbaking.com>
Subject: Breaks And lunches

Good Morning Myra

I wanted to share this information with you regarding my co worker break and lunch. If you have time today could you look at the break for line 3 on 06/23/2019. unfortunately we had 3 extra coworker from 1st shift stayed over.Our break started at 4:00 Pm
for Chrystal, Theodora, and Isabel then eden,me and rosiba was next Rosa leave and stay numerous times of the day.The men also takes long break and lunch.The ladies that stay over from 1st shift also takes long break.

Myra the ladies Lunches started at 5:00 pm Myra you will see that all of them stayed at least 5 to 15 minutes over I intentionally stay over because each time that i went to my break and lunch Christian was in my department with his phone in his hand . I know that i was being timed . Myra this is the type of harassment that i have to put up with at work this is unfair to me not knowing what to expect each day that i come to work.

Mail - brenda herron - Outlook

Page 1 of 1



::: Outlook    🔍 Search

☰ + New message

> Favorites

∨ Folders

🗐 Inbox    3

🚫 Junk Email    49

✏️ Drafts    48

➤ Sent Items

🗑 Deleted Items    319

🗄 Archive

   Conversation Hist..

   nat    55

   New folder

↺ Reply ∨   🗑 Delete   🗐 Archive   ▣ Move to ∨   ⊘ Categorize ∨   ↑···   ↓   ✕

**Harassment**

BH   brenda herron
   Thu 7/4/2019 7:18 AM
   Mayra Enriquez ⌄

    ↺   ↺   →   ···

Good Morning Myra

I don't want to keep on complaining about my line leader Rosa and my supervisor Christine but they are still harassing me at work
Myra I come to my department line 3 packing i do what is ask of me from the time i enter the department until it's time for me to leave. Myra i don't question what my job responsible are because i have been working on line 3 packing from June 2018 until i was hired to work fore gold standard bakery on September 2018 when i became a pertinent employee.

Myra I then work on line 3 packing on 3rd shift with Noura through all of the altercation that encounter with her for 3 month until i was Finley transfer to line 1 packing where i work fore several month then transfer back to line 3 packing. Myra I sent you and email about Rosa and christian timing me on my break on 06/24/2019 i then inform you that i went over on my break because i had problem with my stomph and that every one in the department take long breaks and lunches so why am i being target.

Myra you then inform me that you will look into it so why today 07/03/2019 my department had no work i was sent on my last break about 9;20pm after cleaning up the work area. There was still nothing to do so everyone in the department was waiting for the bread to come. i was in the back of the line and it was still 10;00 minutes before the bread came i said to Isabelle i am going to the bathroom she said ok because everyone in the department was just sitting around in the back and Rosa and christian and some of the the paletizer was sitting in the front with her and christian..

Myra time i went down the step going to the bathroom Christian yelled my name i then yelled back to him saying that i am going to the bathroom . Myra i then went to the bathroom then Isabella came to the door of the washroom saying that christian want me to come back to the department i told her i was using it and to let him know i will be back soon as i finish.

Myra when i return i went up to the front where Christine and Rosa where at christian then said to me that he was inform that i went to the bathroom 5 times today and that it is not acceptable unless i have a doctor statement or and human resource inform him. Myra i said to him i'ts very hot in our department and i drank water to cool myself off and why are you harassing me about this i did not go to the bathroom all of those times and when i did i had coverage. Then Roseibo starting harassing me Myra someone need to address this matter as soon as possible i want my job and i should not be subjected to this type of harassment.

Brenda Herron
1-312-256-6849

⊕ Upgrade to Office
365 with premium
Outlook features

✉   📅   ⚬ᵃ   ···

▷



::: Outlook    Search      S ⚙ ▱ ? BH

≡ + New message    ↺ Reply ∨ 🗑 Delete ▭ Archive ▱ Move to ∨ ⊘ Categorize ∨ ↑⋯ ↓ ✕

⟩ Favorites     **Safety**

∨ Folders      BH   brenda herron          ↺ ↺ → ⋯     New "Window Replac
                  Tue 7/9/2019 8:51 PM                       Approved

⌓ Inbox    3        Mayra Ennquez ⊗                        Window Replacement

⊘ Junk Email   43      **Good Morning Myra**

⌀ Drafts    48     I came into the office on 07/08/2019 and spoke to Roxanne about switching to
                  line 3 production because i worked on line 2 production on 07/07/2019

⊳ Sent Items       because there was no work on line 2 packing and i was ask to go to line 2
                  production.Myra I recall in the meeting 07/08/2019 with the vice president

🗐 Deleted Items   319     Donald,Safety manger Eberart, Production Manger Osamba, Union rep
                  Raymond,Payroll specialist Audrey and you Myra on my safety.

▭ Archive

     Conversation Hist...     Myra is it possible that i be switch to line 3 production 2nd shift from 3:oo pm    BodyTech Elite®: Ma
                  to 11:00 pm on my schedule days to work i was told by Roxanne that she will    ingredients—for expe
     nat    55       talk to Osamba about this issue so could you please look into this.      The Vitamin Shoppe

     New folder        Brenda Herron
                  1-312-256-6849

Compact Luxury SUV

⊕ Upgrade to Office
   365 with premium
   Outlook features

▭ 🗓 ⚇ ⋯



::: Outlook          🔍 Search                                                          🅢 ⚙ 🗩 ? BH

≡  + New message     ↩ Reply ∨  🗑 Delete  🗂 Archive  ▱ Move to ∨  ⊘ Categorize ∨ ↑⋯ ↓  ✕

> Favorites

                     Harassment

∨ Folders
                     BH   brenda herron                                    ↩  ↩  →  ⋯
🖂 Inbox           3        Thu 7/11/2019 6:54 AM
                          Mayra Ennquez ⮟
🚫 Junk Email     49

🖉 Drafts         48       Good Morning Myra

▷ Sent Items              I have another incident with Rosa the line lead and Christian the supervisor.
                          Myra i mention to you on several occasion about how i am being target by
🖹 Deleted Items  319      Rosa the line lead and christian the supervisor. Myra i came to work  on
                          07/10/2019 line 3 packing department to start work at 3:00 pm once i enter
🗐 Archive                 my department and go to my work station which is assign by seniority for
                          rotation every 2 hours i make a point of getting extra gloves so that when i
   Conversation Hist...   rotate to another station and there might not be any gloves to fit my hand i
                          have extra in my pocket.
   nat           55
                          Myra my position at the start of my shift is at the end of the line where i do 2
   New folder             hours before rotation to the next work station.On 07/10/2019 instead of me
                          starting at the end of the line Rosa the line lead ask me to start at the boxes
                          location which is the second rotation position for me . i work there for 1 hour
                          and a half when chrystalball came over at 4:20 pm and ask me to go to break
                          when i went to the front to leave Rosa stop me and said take my break and
                          after that go to human resource.

                          Myra i went to human resources and Roxanne said that she was giving me an
                          update on my request to be transfer to another line.
                          Roxanne advise me that Angle decline my request because i don't have the
                          experience to be transfer to another department. i then inform her that there
                          are several new  temps in the production department  why can' t i go over
                          there .Roxanne then stated even thought i have work in production on several
                          occasions i still don't have the experience. i then said that i am worried about
                          my safety and this environment  is less stressful  for me now because all i think
                          about if i injury myself again i will be terminated from the company. Roxanne
                          then said that i need to talk to Osamba so she had me wait in the lobby for him
                          to get out of the meeting .Myra i look at clock and saw that it was 5:00 pm and
                          i said to Roxanne i need to go back to my department.

                          Myra when i return to my department it was time for me to rotate to my
                          second position when i put on my work gloves and proceeded over to the
                          croissant line Rosobio was there and i said to her i am back she went and told
                          Rosa then Rosa said to
                          me that Christa's  said that i will have to stay on boxes and the end of the line
                          for the next 6 hours of my shift. I then ask Rosa to call christain he then said
                          the reason why i am not allowed to come back on the line is because Rosa and
                          him watch a video of me touching my face then touching the product i then
                          inform that it was a mistake and if Rosa would had said something to me then
                          that i always keep gloves in my pocket and i will change them.  Christain then
                          said that i either work the next 6 hours on boxes go to another department or
                          go home i told him that i am going to human resource.

                          Brenda Herron
                          1-312-256-6849


⊕  Upgrade to Office
   365 with premium
   Outlook features

🖂   🗓   ⚸   ⋯                                                        ▷

Mail - brenda herron - Outlook                                                        Page 1 of 1



::: Outlook                    🔍 Search                                          S  ⚙  ⊲  ?  BH

≡  + New message          ↩ Reply ∨   🗑 Delete   🗂 Archive  ▭ Move to ∨  ⊘ Categorize ∨  ↑⋯  ↓  ✕

>  Favorites              Re: Harassment

∨  Folders                    BH    brenda herron                              ↩  ↩↩  →  ⋯      ⌃
                                    Fri 7/12/2019 12:49 PM
🙂 Inbox              3              Mayra Enriquez ⌄

🛇 Junk Email        49              **Good Afternoon Myra**

🖉 Drafts            48              **Osamah has not talked to me about any safety training.**

▷  Sent Items                       Brenda Herron
                                    1-312-256-6849
🗑 Deleted Items    319

🗂 Archive                           _____

    Conversation Hist...            **From:** Mayra Enriquez <MEnriquez@gsbaking.com>
                                    **Sent:** Thursday, July 11, 2019 10:12 AM
    nat             55              **To:** brenda herron <BJH3855@hotmail.com>
                                    **Cc:** Roxana Diaz <RDiaz@gsbaking.com>
    New folder                      **Subject:** RE: Harassment

                                    Hi Brenda, I hope this message finds you well. I'm including Roxana to this email in
                                    the event that I go on my medical leave.

                                    I'm follow up with Christian regarding the rotation and what was his logic in
                                    keeping you in the same spot? Sometimes rotation are not possible on the line for
                                    many reasons such as being short of people or even safety concerns. Nonetheless,
                                    you can take your concern to Osamah for immediately attention, but I'm always
                                    happy to speak to you if there's any misunderstanding.

                                    In regards to your request in switching to another department. I had already
                                    communicated this to you in a prior email. I want you to think about safety on all
                                    the work that you. If an any point, you feel something is unsafe report it
                                    immediately to your supervisor, safety manager, or myself. The purpose of the
                                    safety meeting was for you to learn the root cause of the injuries, how to work in
                                    safe matter, and how it could have been prevented by being aware of your
                                    surroundings and making safe chooses. We agreed to provide you with an extended
                                    safety training along with Osamah to bring up your awareness about safe practices
                                    in hope of you sharing that information with other on the line to make safe
                                    chooses.

                                    Has Osamah provided you with any safety training since the meeting with had with
                                    the Safety Manager?

                                    Please advise.

                                    Mayra

                                    **From:** brenda herron [mailto:BJH3855@hotmail.com]
                                    **Sent:** Thursday, July 11, 2019 6:55 AM
                                    **To:** Mayra Enriquez <MEnriquez@gsbaking.com>
                                    **Subject:** Harassment

                                    **Good Morning Myra**

                                    I have another incident with Rosa the line lead and Christian the supervisor.
                                    Myra i mention to you on several occasion about how i am being target by
                                    Rosa the line lead and christian the supervisor. Myra i came to work on
                                    07/10/2019 line 3 packing department to start work at 3:00 pm once i enter
                                    my department and go to my work station which is assign by seniority for
🌐 Upgrade to Office                rotation every 2 hours i make a point of getting extra gloves so that when i
   365 with premium                 rotate to another station and there might not be any gloves to fit my hand i
   Outlook features                  have extra in my pocket.

                                    Myra my position at the start of my shift is at the end of the line where i do
✉  🗓  ℛ  ⋯                          2 hours before rotation to the next work station. On 07/10/2019 instead of    ⌄ ▷



Chiropractors Baffled
Relieves Years of Ba
healthylifestyleforall.org

Robert Herjavec is hu
Americans who want
The Startup Investor

This Company Has F
New Way to Protect '
leaffilterguards.com

Sponsc

Re: Harassment

BH  brenda herron
Sun 7/14/2019 10:36 AM
Roxana Diaz

Good morning  Roxanne

I won't to know when you have time could you let me see the video  that
Rosa and christian saw showing me  touching my face and body  without
changing my gloves before touching the product. I was given a written
warning on 07/13/2019 at the end of the work shift. I know when i came
into your office 07/11/2019 complain  about how Rosa and Christian was
harassing me about not roaring on the line because of me touching the
product after touching my face so i would need to stay on boxes or the end
of the line for 6 hours .

Roxanne i work with 5 other ladies in my department the only time anyone
change gloves is when we leave the department for breaks ,lunch,and
cleaning . Roxanne i am aware of GMP regurgitation and i am always aware
of it so when Rosa said that her and Christian watch me on video doing this i
was appalled . Everyday i come to work my coworkers can do what ever they
want to do without any complaints but time i do something i am target .

Roxanne if i had done what Rosa and christian said that i had done could
they had ask me to change my gloves i always keep several pair of gloves in
my pocket. and be more aware of what i am doing instead  of threatening
me about staying in one position for 6 hours, or go to another department,
or go home i feel that i am working in a hostile work environment because i
am the only one who is being targeted.

Roxanne i want to know if your schedule permits you can you look at the
video of my department line 3 packing on 07/08/2019  tru 07/10/2019 you
will see Rosa the line lead touching the product without any gloves Christian
coming from  line 3  production with power on his hands touching the
product without any gloves on Quality control and several employees
picking bread off the floor, cleaning , and touching their face without
changing their gloves so WHY am i always targeted  again i am working in a
hostile work environment .

Brenda Herron
1-312-256-6849

From: Roxana Diaz <RDiaz@gsbaking.com>
Sent: Thursday, July 11, 2019 1:32 PM
To: Mayra Enriquez <MEnriquez@gsbaking.com>; brenda herron
<BJH3855@hotmail.com>
Subject: RE: Harassment

Hello,

Christian's thought process was that he place Brenda in a different rotation to get
her away from the product while he figures out what to do next. Osamah told
Christian to keep her in the regular rotation but that Brenda would get a written
warning for a serious GMP violation. Brenda was able to continue her shift regularly
yesterday.

Brenda did mention that she felt that she was the only one getting in trouble.
Everyone (Christian, Osamah, and I) explained to her that everyone makes mistakes
but she doesn't hear about it because we discipline employees privately. Brenda
was bothered that Rosa had brought up the incident to Christian instead of
addressing it directly with Brenda and nicely asking her to change her gloves. I
explained to Brenda that the GSB procedure is that an employee reports whenever
something is wrong to the supervisor. When an employee tries to take the matter

Upgrade to Office
365 with premium
Outlook features



::: Outlook          🔍 Search                                                          S   ⚙   ↰   ?   BH

≡   + New message    ↶ Reply ∨   🗑 Delete   🗄 Archive   ▣ Move to ∨   ⊘ Categorize ∨ ↑··· ↓   ✕

>   Favorites        **Harassment**

∨   Folders          BH   brenda herron                                    ↰   ↰↰   →   ···
                          Sun 7/14/2019 11:04 AM
🗋   Inbox        3        Roxana Diaz ☒

🚫  Junk Email   49       **Good Morning Roxanne**

🖉   Drafts      48       I am still being harass by christian the supervisor  on/07/13/2019 at 7:00 pm
                         work was slow i am working on the boxes  my coworker Mary Harris is in front
▷   Sent Items           of me working on the line checking the croissants.Mary started talking to me
                         when she sat down on the line opposite me so i sat down for 5 seconds i then
🗑  Deleted Items 319     got up . Then Christian appeared and start staring at me and i stated back this
                         lasted for 1 minute then Christine pointed at me to come to the front of the
🗃  Archive               line. I went to the front of the line and Christine said i saw what you did and i
                         said what did  i do he then said you know what you did i told i don't know what
    Conversation Hist...  he is talking about. Christian then said he saw me sitting on the line i then said
                         everybody is always sitting on the line, tables and  you even come into the
    nat          55      department and sit on the table so why are you harassing me he then walked
                         off.
    New folder


                         Brenda Herron
                         1-312-256-6849


🌐  Upgrade to Office
    365 with premium
    Outlook features

✉   🗓   ⚲   ···                                                                        ▷



::: Outlook     ○ Search     S ⚙ ◁ ? BH

≡ + New message    ↶ Reply ∨   🗑 Delete   ⊟ Archive   ⊟ Move to ∨   ⊘ Categorize ∨   ↑⋯ ↓ ✕

> Favorites

Harassment

∨ Folders

   BH   brenda herron          ↶ ↞ → ⋯
         Mon 7/15/2019 1:13 AM
▢ Inbox    3         Roxana Diaz ⊻

⊘ Junk Email   49     Good Morning Roxana

✎ Drafts    48      I came to work in my department line 3 packing at 2:58 pm i then went to the
                 water container to get some water before i start working because the water
▷ Sent Items           container is station at the front of the line and in order for me to get some
                 water i need someone to relive me there fore when i enter the department i
🗑 Deleted Items   319    always stop and get me some water or when i have a break if i feel a need to
                 get some water.
▣ Archive

   Conversation Hist...    Roxanna when i approach the water container Christian was there with his arm
                 on the container i then said excuse me christian i need to get some water.
   nat     55     Christian then said to me that i need to get on the line i then said i start at 3:00
                 pm I need some water he then said why did i wait to when i came into my
   New folder        department to get some water because i pass several water location and i
                 should had got some water there.or stop at the store and brought me some
                 water.

                 Roxanna i then ask him Why is he harassing me about some water i am working
                 in a hot environment   and i need some water he then said that i do this every
                 day and i then said to him i always come in to my department early to get some
                 water. Roxanna i then got some water and proceeded to relieved the next
                 person from first shift.

                 Roxanna i was the second person in my department to relive someone.
                 Christian then sat on the table in the front of the line  on his phone for the next
                 10 min until the other coworker came into the department  i was looking down
                 and watching everyone who came in late christian did not say anything to any
                 of them. Why is he keep on harassing me could you please look into this issue
                 again i don't feel that i should keep on being harness when i come to work.

                 Brenda Herron
                 1-312-256-6849

28 Best Royal Weddir
Time
Elle

BodyTech Elite®: Mac
ingredients—for expe
The Vitamin Shoppe

Compact Luxury SUV

⊕ Upgrade to Office
   365 with premium
   Outlook features

✉ 🗓 ⌨ ⋯                         ▷

Mail - brenda herron - Outlook



::: Outlook    🔍 Search        🅂 ⚙ ⤺ ? BH

≡ + New message    ↩ Reply ˅ 🗑 Delete 🗀 Archive 🗃 Move to ˅ ⊘ Categorize ˅ ↑··· ↓ ✕

\> Favorites

**Re: Harassment**

˅ Folders

     BH    **brenda herron**           ↩ ↩ → ···
🖵 Inbox    3              Tue 7/16/2019 1:29 AM
                     Roxana Diaz ˅
◯ Junk Email    49

✏ Drafts    48        Good morning Roxanna

▷ Sent Items

                 I know that i came in to the office and reported that Rosa and Christian had
🗑 Deleted Items   319    accused me of touching my face and touching the product which i did say it
                 could be possible that it might had happen because Rosa and Christian said
🗄 Archive            that they watched a video of this innocent and both of them is trying to do
                 or say anything to get me fired..They both decided that i could not work the
    Conversation Hist..    packing line but i will be punish and do a job for 4 hours and another job for
                 2 hours is this gold standard policy because i was not inform or any of my co
    nat    55        workers who violated this policy.

    New folder           Roxanna I know-for a fact that if you don't have access to the video then
                 someone in human resource do this is serious actuation because i take my
                 job responsible serious. Rosa and christian did not want me to rotate saying
                 that i will commentate the product due to their viewing of this video.
                 Roxanna i feel that i have a right to see what i am accused of even thought i
                 was under pressure to admitted the incident without any viewing for that
                 charged. Roxanna put yourself in my position every day you come to work
                 their is some sort of harassing by your line lead and supervisor or something
                 is said abut your work performance.

                 Roxanna I have several co worker who is concern why i am being targeted
                 none of them have received any type of harassment that i have you know
                 why i know this information is because we all talk about certain innocent
                 that happen thought the day to pass the time they all say-to me Why is Rosa
                 and Christian is doing this to you. I mention the last incident to them about
                 with touching my face and then touching the product none of them who i
                 spoke to had experience any type of couching . I know for a fact if this is as
                 serious GMP then we need to have a meeting with all of the employee on
                 line 1,3, and 5 so that everyone could be abreast of the company policy.
                 Roxanna i have a family who depend of my income and it hurt me to know
                 that i am being tatget and i won't have a job

                 Brenda Herron
                 1-312-256-6849

                 **From:** Roxana Diaz <RDiaz@gsbaking.com>
                 **Sent:** Monday, July 15, 2019 2:53 PM
                 **To:** brenda herron <bjh3855@hotmail.com>
                 **Cc:** Mayra Enriquez <MEnriquez@gsbaking.com>; Angel Parra
                 <AParra@gsbaking.com>
                 **Subject:** RE: Harassment

                 Hello Brenda,

                 I believe the below concern had already been addressed on 7/11/2019, the same
                 day the incident occurred. Christian, Osamah, myself, and you were all discussing
                 this matter in front of my desk. Osamah had decided to keep you in your regular
                 rotation and that a written warning would be given to you as a coaching session on
   Upgrade to Office    GMP. You said that you did not realize you had wiped your face, because if you did
   365 with premium    you would have changed your gloves. Osamah asked you to be more aware so that
   Outlook features      the product does not get affected. As for the video, I do not have access to this.
                 Regardless, you were witnessed wiping your face and the touching the product so
                 you were coached to prevent it from happening again.

✉   🗓   ⬚   ···





::: Outlook          Search                                                      BH

≡  + New message      ↩ Reply ∨  🗑 Delete  🗁 Archive  🗲 Move to ∨  ⊘ Categorize ∨ ↑··· ↓  ✕

>  Favorites         GMP

∨  Folders           BH  brenda herron                                  ↩  ↩  →  ···
                         Tue 7/16/2019 1:37 AM
📥 Inbox         3        Roxana Diaz ⊻

🚫 Junk Email   49        Good Morning Roxanna

🖉 Drafts       48        I was written up for not following GMP by Osamah on 07/12/2019 because
                         Rosa the line lead and Christian the supervisor said that i was seen on video
▷ Sent Items             touching my face and touching the product. WHY is Rosa touching the product
                         without any gloves on 07/13/2019 at 8:30 pm Rosa was on the line packing
🗑 Deleted Items 319      croissant without any gloves. 07/14/2019 Rosa on the packing line touching the
                         product without any gloves several times 8:20 Pm ,8:40Pm,8:55pm and 9:20pm
📥 Archive               Question is this GMP Roxanna on 07/15/2019
                         Rosa is on line 3 packing at 9:00 pm until 9:15 Pm working without any gloves
   Conversation Hist...  touching and packing product is this GMP but i am being targeted and she is a
                         line lead who know the company policy..
   nat          55
                         Brenda Herron
   New folder            1-312-256-6849



Illinois: Gov't may pay
your mortgage if you
customertoday.org



Switch to Progressive
save $699 on car insu
Progressive



Simple Way To Contr
ouremedy.com

Sponsor

🏵 Upgrade to Office
   365 with premium
   Outlook features

✉  🗓  👤  ···                                                        ▷



::: Outlook    🔍 Search           🅂   ⚙   ⫷   ?   BH

≡   + New message     ↩ Reply ∨   🗑 Delete   🗄 Archive   ▤ Move to ∨   ⊘ Categorize ∨ ↑··· ↓ ✕

> Favorites       **Harassment**

∨ Folders

       BH   **brenda herron**            ↩ ↩ → ···
           Tue 7/16/2019 2:32 AM
           Roxana Diaz ≥

🖵 Inbox    3

⊘ Junk Email   49      Good Morning Roxanna

✎ Drafts   48      I know that you are aware of the constant harassment that i am having with
                   Rosa the line lead and Christian the supervisor i am so stress out i don't
▷ Sent Items             sleep at night very nervous when coming to work and onep worrying about
                   what is going to happen the next day when i come to work. Roxanna on
🗑 Deleted Items   319     07/15/2019 i came to work in my department line 3 packing at 2:56 pm so
                   that i won't be harass about drinking any water when i entered i saw
🗄 Archive                 Christian and Simire the manger of the department i was skeptical but i
     Conversation Hist...      proceeded to get my water . I then proceeded to my work position which in
                   rotation is at the end of the line Checking the plastic on the trays, stacking 2
     nat   55          trays for Rosabia , checking the machine when the alarm goes off and doing
                   the repack of broken plastic bags from the trays. .
     New folder

                   Roxanna I start off working with at 3:00 pm Rosabia because we are the last
                   2 in the rotation Rosiabia in back of me and i am in the front where i
                   perform the various duties that i mention.I was stacking trays for the first 15
                   mintues when Rosabia told me that she don't want me to stack the trays . I
                   then said to here that she know the procedure why is she trying to change it
                   she said she don't need my help. I then told everyone who work this position
                   always work together because it cam get hectic she then insisted that she
                   would do it herself.

                   Roxanna at 3:20 pm the machine was jamming i proceeded to clear the jam
                   and there was several trays had open bags i put them on the table, then i
                   continue to check the plastic on the trays all of the a Sutton Rosa call out to
                   me about the trays not being stacked i look up and Rosabia aw off the
                   line talking to Rosa. I told Rosa Rosabia said that she don't need my help but
                   i proceded to stack the trays .

                   Roxaana 10 minutes latter Rosabia left the line again when i had a jam i ask
                   her why is she not letting me know what is going because whatever her and
                   Rosa is talking is not important then doing our job. Rosa came over to help
                   her but i still had more repack to stack up on the table. I was trying to do
                   repacks and check the plastic on the trays when Patricia the line lead from
                   first shift and Laura from first came over to help because both of them
                   stayed over to help out in our department in 7:00 pm

                   Rosa then said to me to stop what i was doing and do the repack i said
                   Patricia and Laura is working on it now and the plastic is more important
                   that why there are here she then call Christian of course he took Rosa side i
                   was then sent on my break.
                   My next encounter with Rosa was at 8:45 we had just return from line 1
                   packing department because we had no work for 1 hour . I was working with
                   Rosabia packing on line 3 and she started to throw croissant at me i then
                   ask why is she doing this she said that her garbage can is full i then said you
                   know all you need to do si push the bread down and not toss it at me . i then
                   move my garbage can down she continue to do so i started to put my bad
                   croissant on the floor she call Rosa talking in Spanish Rosa call christian
                   he then told me to be quiet and brought another garbage can over for
                   Rosabia.

                   Roxanna I went on my break at 10:10 pm went to the bathroom and was on
                   my way back to talk with one of my co workers. Christian saw me and said
                   why am i in the hallway i need to go back to line 3 packing and clean up i
                   told him i was on my beak WHY am i being harness even on my break.

                   _BodyTech Elite®: Ma_
                   _ingredients—for expe_
                   The Vitamin Shoppe

                   _Compact Luxury SUV_
                   Kelley Blue Book

                   _28 Best Royal Weddir_
                   _Time_

⊕   Upgrade to Office
     365 with premium
     Outlook features

✉   🗓   ℟   ···

Mail - brenda herron - Outlook



::: Outlook     🔍 Search

≡   + New message     ↩ Reply ∨   🗑 Delete   🗂 Archive   ▣ Move to ∨   ⊘ Categorize ∨ ↑··· ↓ ✕

\>   Favorites

**Work**

∨   Folders

    BH   brenda herron        ↩ ↩ → ···
       Wed 7/17/2019 10:03 AM
▢   Inbox     1     Mayra Enriquez; Roxana Diaz ∨

⊘   Junk Email       Good Morning Myra

⬚   Drafts     53     I am under doctor care and i will not return back to work until Saturday
         07/20/2019
▷   Sent Items

▤   Deleted Items   311     Brenda Herron
         1-312-256-6849
▣   Archive

     Conversation Hist...

     nat     55

🗖   Notes

     New folder

∨   Groups

     New group

[Pics] She Was A Leg
Today She Works 9 T
Finance 101

Born After 1943? You
Extra $890.07 From
Seven Figure Publishing

Sneakers Too Casua
to This Beautiful Shoe
Everlane     Sponsc

✈   Upgrade to Office
     365 with premium
     Outlook features

✉   🗓   ⧉   ···                  ▷

Mail - brenda herron - Outlook                                                                Page 1 of 1



Outlook                    🔍 Search

≡  + New message          ↩ Reply ∨  🗑 Delete  🗂 Archive  📥 Move to ∨  ⊘ Categorize ∨  ↑⋯  ↓  ✕

> Favorites               Harassment

∨ Folders                      brenda herron                                    ↩  ↩↩  →  ⋯
                          BH   Mon 7/22/2019 7:17 AM
🖵 Inbox              1         Mayra Enriquez; Roxana Diaz ❤

◯ Junk Email                   Good Morning Myra

✎ Drafts            5?         I am now being harness by Alerando Line 3 sacker i was just harness by
                               Alerando just one month ago 06/17/2019 when he call me a loco puta and you
▷ Sent Items                   inform me that you had talk to him about his behavior. Maya the same thing
                               happen to me on 07/21/2019 line 3 packing. I came to work in my department
🗑 Deleted Items    311         line 3 packing 3:00 pm according to our rotation i always start at the end of the
                               line for the first 2 hours then move to the next position.
🗂 Archive
                               Myra from 3:00 pm until 3:30 pm i was stacking trays on the convert belt so
     Conversation Hist...      when they reach the strackers they can put them on the palette. The two
                               stackers Johnathan and AK was stacking the palette then Alerando took AK
     nat            55         place i continue stacking the trays when Alerando started yelling at me in
                               Spanish then he started to toss all of the trays on the table. i then called Rosa
□ Notes                        the line lead/Union rep so that she could talk to him . Myra i stack the trays of
                               3 which has  it has 4 tabs that i try to make sure that they are in the slot of the
     New folder                3 trays  but some times some of them are no t so the stacker normally put
                               them in.
∨ Groups
                               Myra so one of the ladies from first shift Marcella  came over to help clear up
     New group                 the mess that Alerando had did then we got busy again and Alerando started
                               throwing the trays on the table again then calling to Rosa in Spanish . i told
                               Rosa i am doing the best that i can and their is no reason for him to keep on
                               doing this he is damage the company product. Rosa then call the supervisor
                               Simi he talked to Alenardo and then came over to me and showed me how to
                               put the tabs in the trays. I told him that is what i am doing but  Alerando  get
                               angry if i miss one.

                               Myra I was told by Mitchell the supervisor  we  all need to work together and
                               this is what i do at all of my rotation on any where i am needed thu  out the
                               company i will go to any department packing or production . Myra I should not
                               be subjected to this type of harassment we had no work for 1 hour so when
                               the bread came out. i move to my next rotation which was boxes at 5:00 pm  i
                               was working there in the back for 30:00 minutes  and i was getting very hot no
                               fan or air circulation I then went to the front of the line to get some water as i
                               pass Alerando he said something to me in Spanish i then said what did you say
                               then he came up to me in my face at that time i saw Simon the manger and call
                               out to him about Alerando he said something to Simon in Spanish  Simon look
                               at him and told him to get back to work.

                               Myra could you please look into this matter it's like everyone is still harassing
                               me  maybe you can move me to line 5 packing or line 1 packing i am so stress
                               out about this.Myra could you please look at the video before it comes up
                               missing.

                               Brenda Herron
                               1-312-256-6849

⊕ Upgrade to Office
   365 with premium
   Outlook features

✉  📅  🔗  ⋯

Mail - brenda herron - Outlook

Page 1 of 1



::: Outlook   🔍 Search

☰ + New message        ↩ Reply ∨  🗑 Delete  🗂 Archive  📥 Move to ∨  ⊘ Categorize ∨  ↑···  ↓  ✕

> Favorites          Harassment

∨ Folders          BH   brenda herron
                         Tue 8/6/2019 2:10 AM
🖵 Inbox        1        Roxana Diaz; Mayra Enriquez ⅋

🚫 Junk Email            Good Morning Roxanna

🖉 Drafts      53        I came into your office with Christian the supervisor at 9:45 pm 08/05/02019
                         to discuss the harassment that happen to me today  on line 3 packing by
▷ Sent Items             Rosidbo,Rosa, and Christian . I inform you that that at 7:00 pm our line stop
                         there was no work I went to lunch when i return at 7:35 pm there was still
🗎 Deleted Items  311    no work and  my coworkers Eden ,Tina,and Theodora was cleaning the
                         department  so i went to help clean . Tina accident drop her broom by the
🗂 Archive               control panel causing the spiral to stop and set off the alarm Christian came
                         into the department and ask what happen Tina told him Christina then call
   Conversation Hist...  Maintenance they was able to repair it.

   nat       55          Roxanna we still did not have any work about 7:50 pm Rosa and Rosibdo
                         came back i said to Rosa that there was no bread and could i go to the
🗋 Notes                 bathroom.I went to the bathroom very quick because Rosa or
                         Christian always complain about me going to the bathroom and the length of
   New folder            time it takes me to use it which i say to them there is only 2 bathroom on
                         the first floor and 50 or more female in the company on 2 ND shift  it
∨ Groups                 sometimes be line and  so i have to wait it might take 5 miniatures  but they
                         all still complain iT's 80 degrees in our department with the 3 fans everyone
   New group             needs water  including myself.

                         Roxanna when i return Rosabia start yelling at me that i was not on the line
                         helping i told her that no bread was coming and why is she yelling at me she
                         is not the line lead and rose knew where i was and if help was needed we
                         work as a team and she was supposed to cover me because she was the
                         extra person today. I then called Rosa and told her she need to talk to Rosiba
                         because she has no right to yelled at me then her and Rosa start talking in
                         Spanish i proceed to the line to help Eden on  the assembly line where we
                         check all of the croissant for errors and toss out the bad ones this was my 3rd
                         rotation  9:00 pm every 2 hours.

                         Roxanna when that time came i was to move from counting the the croissant
                         from 9:00 pm until 11:00pm pre  Rosibdo  pointed her finger in my face told
                         me that i will not be working there i need to go to the end of the line and
                         work with Tina   i  told don"t point her finger in my face and if  Rosa  did
                         not inform me of that she then call Rosa talking in Spanish and then Rosa  said
                         that i should move i went to the end of the line in the front of Tina was in the
                         back stacking the trays. my job responsibility is ,check dates on plastic,check
                         codes on plastic and if  open put to the side and open up and put in the
                         basket for repack and if the machine jams clear the  jam.

                         Roxanna the machine started to send several trays down the line with open
                         plastic over 20 trays when this happen i have to notify Rosa the line lead
                         when this happen rosa have to correct the problem of repairing the plastic
                         this happen 3 times in 30 mintius Rosa became very angry at me and call
                         Christian saying i was not doing my job Christian started yelling at me i said
                         why are you yelling at me we have a mess here am i am trying to clean up for
                         safety reason he then said that i need to stack trays and clear the jams i told
                         him that is what i am doing and Tina is  stacking the trays and i am taken of
                         the bad trays and all of the bead from the machine. and t we have a lot of
                         bread on the floor and i'ts not safe .Rosibia was in the back of the line she
                         then approach me snatching the broom out of my hands we got into a
                         conformation i left the line at 9:45pm  and came into your office with
                         Christian.

🖥 Upgrade to Office
   365 with premium
   Outlook features

✉  🖼  🖧  ...          Roxanna i am still being harness by Christian  the supervisor ,Rosa the line



Outlook     Search

+ New message     ↰ Reply ⌄   🗑 Delete   🗄 Archive   ⬜ Move to ⌄   ⊘ Categorize ⌄ ⋯   ↓   ✕

**Harassment**

> Favorites

**Folders**

**BH**   brenda herron
Wed 8/7/2019 7:06 AM
Roxana Diaz; Mayra Enriquez ⌄

↰ ↰ → ⋯

🖵 Inbox   1

◯ Junk Email

✎ Drafts   53

▷ Sent Items

🗑 Deleted Items   311

🗄 Archive

Conversation Hist..

nat   55

🗂 Notes

New folder

⌄ **Groups**

New group

**Good Morning Roxanna**

I have been subjected to more harassment by Christian the supervisor and Rosa the line lead. Roxanna on 08/06/2019 at 7:35 pm you called Rosa and ask her to tell me to come to the human resource. I came to your office and you said to me that we will be going over Gold Standard Baking job description /Packaging/packer this meeting lasted more than a hour i then return to my line 3 packing at 8:45 pm.

Roxanna when i entered the department every thing was a mess in the front of the line trays of croissant was stacked on the table bread was all over the floor. I then proceeded to the back of the line where both of the line were down and the cover belt was packed with bread and the floor was covered with bread back toward the spiral door there was 20 containers of stacked bread.

Roxanna you needed to pull this video 08/06/2019 from 7:30 pm until 9:30pm Roxanna i then ask my coworker Tina what happen she said both machine broke down and no one could change the Plastic i said to her Eden,Thedora or Christain could have change it there is no reason for all of this mess and where is Rosa she said Rosa was at lunch. Roxanna 10 minute after working on the line trying to help get this unsafe work environment together .

Christian enter the department thru the production side yelling at everyone in the department in Spanish and in English saying we need to get this mess clean up i said that we needed help he told me to stop talking and start working he then ask where is Rosa in Spanish one of the ladies told him she is at lunch he then sent one of the stacker to get her.

Roxanna when Rosa came in the department Christian started yelling at her in Spanish she then proceeded over to help but he told he to change the Plastic so myself and all of the ladies is trying to get the bead down the line for packing i was on one of the line sorting bread whee Christian start yelling at me to go over to the other line that Rosa had repaired the line broke down again so i went back to the other side. Roxanna we got the department clean up and back running around 9:30 pm.

Roxanna at 9:50 pm Christian and Rosa both approach me saying that i need to roll down my sleav a on my shirt and put on the plastic are sleeves I told Christian why are you harassing me i have been whering my sleeves up on my shirt for 2 month and no one had said anything about GMP regulation that when i came to your office. Roxanna at 10:15 pm Rosa start yelling to at me to change position i told her that i had been changing rotation position every 2 hours and this is my last position she said i was wrong and i needed to go to the end of the line i ask Rosa why are you harassing me.

Roxanna i"ts like no matter what i do she got's to complain you needed to talk to her i don't feel comfortable in that department so could you place me somewhere else.

Brenda Herron
1-312-256-6849

💠 Upgrade to Office
365 with premium
Outlook features

Case: 1:19-cv-08051 Document #: 1 Filed: 12/09/19 Page 31 of 54 PageID #:31
Mail - brenda herron - Outlook
Page 1 of 1



:::  Outlook          🔍 Search                                          ⑤  ⚙️  ?  ⇦  BH

≡  + New message     ↩ Reply ∨  🗑 Delete  🗐 Archive  📥 Move to ∨  ⊘ Categorize ∨ ↑⋯  ↓  ✕

>  Favorites         **Re: Video Meeting**

∨  Folders               brenda herron                          ↩  ⬁  →  ⋯    The Meanings Behind
                     BH  Sun 8/11/2019 10:11 AM                                Kardashian Baby Nam
🗃  Inbox      1          Roxana Diaz ⌵                                        Marie Claire

🚫  Junk Email           Good morning Roxanna

✏️  Drafts     53        I know that i had mention to you at the meeting about  Rosiba was yelling at
                     me and pointing her finger in my face prior to snatching the broom out of my
▷  Sent Items        hands on the same day so could you please pull the video of the first incident
                     which occurred  at 7:50 pm or 8:00 pm  on the same day .Roxanna is it possible
🗑  Deleted Items 311 for me to come and view the video during my lunch break because i watch my
                     mom until my sister come home she told me that she is unable to take off
🗄  Archive           work .
                                                                              30 Ways Princess Dia
   Conversation Hist...                                                        Royal Tradition
                                                                              Ask
   nat        55         Brenda Herron
                         1-312-256-6849
🗋  Notes
                     ─────────────────────────────────────────
   New folder
                     **From:** Roxana Diaz <RDiaz@gsbaking.com>
∨  Groups            **Sent:** Friday, August 9, 2019 4:05 PM
                     **To:** brenda herron <BJH3855@hotmail.com>              Considering a Nissan
   New group         **Subject:** Video Meeting                               Blue Book

                     Hello Brenda,

                     This email is to confirm that we will review the video containing the broom incident on
                     August 13, 2019 at 2pm.

                     Roxana Diaz
                     HR Generalist
                     Gold Standard Baking, Inc.
                     3700 S. Kedzie Avenue
                     Chicago, IL 60632
                     Direct: (773) 299-1197
                     Cell: (773) 491-3563
                     Fax: (773) 299-1276
                     E-mail: RDiaz@gsbaking.com
                     www.goldstandardbaking.com
                     *taste the others can't touch*™

                     Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and
                     confidential information intended only for the use of the individual entity or entities named as
                     recipient or recipients. If the reader is not the intended recipient, be hereby notified that any
                     dissemination, distribution or copy of this communication is strictly prohibited. If you have received
                     this communication in error, please notify me immediately by electronic mail or by telephone and
                     permanently delete this message from your computer system. Thank you.

⊕  Upgrade to Office
   365 with premium
   Outlook features

✉️  🗓  ℞  ⋯                                                                    ▷



::: Outlook    🔍 Search      ⑤   ⚙   ?   ▭   BH

≡   + New message    ↩ Reply ⌄   🗑 Delete   🗂 Archive   🗄 Move to ⌄   ⊘ Categorize ⌄   ↑···   ↓   ✕

> Favorites

     **Harassment**

⌄ Folders

     BH   brenda herron        ↩ ↩« → ···
         Sun 8/11/2019 10:49 AM

🗄 Inbox   1       Roxana Diaz; Mayra Enriquez ⏷

⊘ Junk Email        **Good Morning Roxanna**

✏ Drafts   53



Cheap Assisted Livin
Turning Heads. Rese
Yahoo! Search



Your IQ Is 132 If You
This History Quiz
Topix Tempo



TV millionaire is recru
Americans for a life-c
The Startup Investor

               Sponsc

▷ Sent Items

🗑 Deleted Items   311

🗄 Archive

     Conversation Hist...

     nat   55

🗨 Notes

     New folder

⌄ Groups

     New group

I don't want to keep on complaining about being harass but i'ts still going on with Rosa on 8/08/2019 I started working at 3:00pm my first position is at the end of the line where the trays come out of the machine i check to make sure the plastic is not open,make sure dates and code is on plastic and there is 30 croissant is in the package.I then move counter clock wise to the next station where i check the count of the croissant and remove any damage croissant and any extra . I then move to the assembly line where i move the croissant down the line and disregard any bad ones . I then move on the opposite side of the line doing the same thing and when the next rotation start i end back at the end of the line stacking the trays.

Roxanna when i was working at position 2 Rosa said that i was not counting the croissant because the plastic is breaking i then inform her that i was doing my job and i"ts not me the machine is keeping on breaking down and when we move to the other machine the same thing is happen Rosa call maintenance to fix the problem . I then move to the next position 3 on the assembly line Rosa then came to me and said i am jamming the line i ignored her and continue doing my work.

Roxanna at 7:50pm 08/08/2019 Simmons the manger came over to me and said that he needed to talk to me i went with Simmons to the side of the line he inform me that Rosa stated that i am causing problem on her line because i can not keep up and want do my job. Roxanna I explain to Simmons that Rosa don't like and if any thing go wrong she blame me and i then told simmon that the reason the line is backing up because the plastic is breaking to much and finally Rosa called maintenance to fix the problem. he then said that he will observing my work performance i said ok he watch me for 15 mintues no back up or jams.

Roxanna i have work in several department and i have never experience any harassment or complaints from any of the line leads at gold standard bakery so when will this stop. i want my job but i am being stress out and having anxieties attacks worrying about what is going to happen to me the next day when i come to work.

Brenda Herron
1-312-256-6849

⊕ Upgrade to Office
365 with premium
Outlook features

✉   🗓   𝑅ᵍ   ···

                                          ▷



::: Outlook

🔍 Search

BH

＝ ＋ New message

↩ Reply ⌄   🗑 Delete   🗄 Archive   ↪ Move to ⌄   ⊘ Categorize ⌄ ↑··· ↓   ✕

> Favorites

Re: Harassment

⌄ Folders

BH   brenda herron
      Mon 8/12/2019 2:11 PM
      Roxana Diaz ⤸                                    ↩ ↩ → ···

[Pics] 20 Walmart Ph
Captured By Security
Auto Overload

🖵 Inbox                1

Good Afternoon Roxanna

⊘ Junk Email

I am always accused of any problems in my department when there is
several ladies that i work with. I am the only one who is being harness and
tarted. I always work as a team player and no one on my team complain but
Rosa the line lead or Christian the supervisor.

✎ Drafts              53

▷ Sent Items

Brenda Herron
1-312-256-6849

🗑 Deleted Items    311

30 US Cities With the
Reputations (Chicago
ALOT Travel

🗄 Archive

From: Roxana Diaz <RDiaz@gsbaking.com>
Sent: Sunday, August 11, 2019 11:03 AM
To: brenda herron <BJH3855@hotmail.com>
Cc: Mayra Enriquez <MEnriquez@gsbaking.com>
Subject: Re: Harassment

Conversation Hist..

nat                55

🗓 Notes

Hello Brenda,

New folder

Get online for $4.99*/
GoDaddy

⌄ Groups

As we spoke when reviewing your job description, the priority is to help the
line unjam. I know that you were trying to fulfill your other tasks, but when
Rosa or a supervisor asks you to change tasks, that takes precedence over
the task you were currently working on.

Sponsor

New group

Maintaining the line running is a team effort. Please help the line unjam
whenever you are asked to, no matter what task you are working on. It is
important that the bread continues to be produced so we can get them to
our customers in a timely manner.

Get Outlook for iOS

From: brenda herron <BJH3855@hotmail.com>
Sent: Sunday, August 11, 2019 10:49:38 AM
To: Roxana Diaz <RDiaz@gsbaking.com>
Cc: Mayra Enriquez <MEnriquez@gsbaking.com>
Subject: Harassment

Good Morning Roxanna

I don't want to keep on complaining about being harass but i'ts still going on
with Rosa on 8/09/2019 I started working at 3:00pm my first position is at
the end of the line where the trays come out of the machine i check to make
sure the plastic is not open,make sure dates and code is on plastic and there
is 30 croissant is in the package.I then move counter clock wise to the next
station where i check the count of the croissant  and remove any damage
croissant and any extra . I then move to the assembly line where i move the
croissant down the line and disregard any bad ones . I then move on the
opposite side of the line doing the same thing and when the next rotation
start i end back at the end of the line stacking the trays.

Roxanna when i was working at position 2 Rosa said that i was not counting
the croissant because the plastic is breaking i then inform her that i was
doing my job and i'ts not me the machine is keeping on breaking down and
when we move to the other machine the same thing is happen Rosa call
maintenance to fix the problem . I then move to the next position 3 on the
assembly line Rosa then came to me and said i am jamming the line i
ignored her and continue doing my work.

⊕   Upgrade to Office
    365 with premium
    Outlook features

✉   🖵   ℝ   ···

⌄ ▷

   ..⁄⁄ ......l..............⁄...⁄⁄AOMkAⁿAⁿⁿATX3ZmVAZS1hVmRlLTXxZD....10/8/2019

Mail - brenda herron - Outlook                                                                Page 1 of 1

>  Favorites          Re: Harassment

∨  Folders                    brenda herron                          ↩  ↞  →  ···        Considering a Nissan
                        BH    Wed 8/14/2019 7:24 AM                                       Blue Book
📇  Inbox          1           Roxana Diaz ≫                                               Kelley Blue Book

🚫  Junk Email                 Good Morning Roxanna

🖉  Drafts         53          I just want to reanimate that i work with 5 other ladies Tina,Chrystle,
                              Thedora, Eden and Rosiba at position 1 there are 2 person working at the
▷  Sent Items                 end of the line, position 2 their are 3 people working , position 3 their are 3
                              person working and finally position 4 there are 2 people working the line.
🗑  Deleted Items  311         position . Roxanna so why is Rosa only addressing Brenda which is my name
                              Rosa only calls and report me out of 4 other coworkers all of the time.      The Meanings Behind
🗄  Archive                                                                                                 Kardashian Baby Nam
                              Roxanna  so yes i am being harness and targeted                               Marie Claire
    Conversation Hist..       and i have contacted you and several human resource employees about this
                              mater for several months and the only response that i received is that it's  my
    nat           55          fault i am not following company policies and listing to my supervisor or line lead
                              when i feel that they are at fault for yelling at me and threatening me  with my
🗋  Notes                      job .

    New folder                Roxanna for example on 8/11/2019 i sent you email about Rosa complain  that i
                              was jamming the line to Simon the manger causing him to talk to me about my
∨  Groups                     job performance and then  observing my work for over 15 minutes  when all of
                              the time it was  the machine.                                                15 of the most incred
    New group                                                                                              made by divers
                              Roxanna I am off today 8/14/219 you can expect me to be  in your office  on
                              8/15/219 during my lunch break which is around 6:00 pm no later then 7:00 pm.


                              Brenda Herron
                              1-312-256-6849


                              From: Roxana Diaz <RDiaz@gsbaking.com>
                              Sent: Monday, August 12, 2019 9:58 PM
                              To: brenda herron <BJH3855@hotmail.com>
                              Subject: RE: Harassment

                              Good evening Brenda,

                              In the previous email, you state that Rosa told you that you are jamming the line
                              and that "I  ignored her and continue doing my work." There are two key points
                              from the talk we had in regards to your job description that we reviewed and I will
                              restate for you again.

                              First, what a supervisor asks you to do takes precedence from any task you were
                              currently working on. This means that what is being asked of you becomes the new
                              priority, especially in this case because the line needed help in being unjammed.
                              Second, you chose to ignore your line leader. We spoke and you said that you
                              understood that you had to follow the orders of your line leader and your
                              supervisor. If you follow the aforementioned points, I do not foresee incidents like
                              these continuing to take place. I know you feel like you are being targeted, but Rosa
                              had to bring this up to Simon because they are important guidelines that all
                              employees are expected to follow. Please make sure to meet these expectations.

🏳  Upgrade to Office          I know you had asked me to meet you during your lunch break. You can do so any
    365 with premium          day this week as long as I am available (on weekdays from 1pm-10pm).
    Outlook features
                              Roxana Diaz
✉  📅  🗨  ···                 HR Generalist
                              Gold Standard Baking, Inc.
                              3700 S. Kedzie Avenue                                                  ∨ ▷



::: Outlook    🔍 Search

☰ + New message    ↩ Reply ⌄   🗑 Delete   🗄 Archive   ▭ Move to ⌄   ⊘ Categorize ⌄ ↑··· ↓ ✕

⟩ Favorites

**Re: Harassment**

⌄ Folders

BH   brenda herron       ↩ ↩ → ···
     Thu 8/15/2019 2:17 PM
     Roxana Diaz ⌵

**Good Afternoon Roxanna**

I will be in the office on 08/16/2019 at 2:30 pm to review the video of Rosiba putting her hand in my face and snaching the broom out of my hands.

**Brenda Herron**
1-312-256-6849

---

**From:** Roxana Diaz <RDiaz@gsbaking.com>
**Sent:** Wednesday, August 14, 2019 7:45 AM
**To:** brenda herron <bjh3855@hotmail.com>
**Subject:** RE: Harassment

Hello Brenda,

My shift was changed from second to first. I will be working from 8am-5pm.

Roxana Diaz
HR Generalist
Gold Standard Baking, Inc.
3700 S. Kedzie Avenue
Chicago, IL 60632
Direct: (773) 299-1197
Cell: (773) 491-3563
Fax: (773) 299-1276
E-mail: RDiaz@gsbaking.com
www.goldstandardbaking.com

*taste the others can't touch™*

Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and confidential information intended only for the use of the individual entity or entities named as recipient or recipients. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by electronic mail or by telephone and permanently delete this message from your computer system. Thank you.

**From:** brenda herron [mailto:bjh3855@hotmail.com]
**Sent:** Wednesday, August 14, 2019 7:25 AM
**To:** Roxana Diaz <RDiaz@gsbaking.com>
**Subject:** Re: Harassment

**Good Morning Roxanna**

I just want to reanimate that i work with 5 other ladies  Tina,Chrystle, Thedora, Eden and Rosiba  at position 1 there are 2 person working at the end of the line, position 2 their are 3 people working , position 3 their are 3 person working and finally position 4 there are 2 people working the line. position . Roxanna so why is Rosa only addressing Brenda which is my name Rosa only calls and report me out of 4 other coworkers all of the time.

Roxanna  so yes i am being harness and targeted
and i have contacted you and several human resource employees about this mater for several months and the only response that i received is that it's my fault i am not following company policies and listing to my supervisor or line lead when i feel that they are at fault for yelling at me and threatening me  with my job .

Roxanna for example on 8/11/2019 i sent you email about Rosa

Inbox   1
Junk Email
Drafts   53
Sent Items
Deleted Items   311
Archive
Conversation Hist...
nat   55
Notes
New folder

⌄ Groups

New group

⊕ Upgrade to Office
365 with premium
Outlook features

✉   📅   👥   ···

Mail - brenda herron - Outlook

::::  Outlook      🔎 Search      ⑤ ⚙ ? 🗨 BH

≡   + New message     ↩ Reply ∨   🗑 Delete   🗄 Archive   ▣ Move to ∨   ⊘ Categorize ∨ ↑·· ↓   ✕

>   Favorites

**Re: Harassment**

∨   Folders

**BH**   brenda herron           ↩ ↩ → ···
        Sat 8/17/2019 12:10 PM
        Roxana Diaz ⌄

📥   Inbox      1

⊘   Junk Email         Good Morning Roxanna

✎   Drafts      53      I came into your office on 8/16/2109 at 2:15 pm to discuss your finding about the video that you and Angle watch and i was not able to watch.

▷   Sent Items      Roxanna you said you saw the incident of Rosoiba trying to take the broom out of my hands wile i was cleaning up and i was pulling back from her taking the broom and that i should have gave her the broom.

📋   Deleted Items    311

🗑   Archive      Roxanna first of all that is not all of the incident that occurred with Rosiba that day 8/9/2019 . I inform you in my email that on 8/9/2019 6:30 pm line 3 packing had no bread on the Spiro for 1 hour during at that time all of the ladies on line 3 packing Tina ,Therdora,Eden and myself clean the department Rosa and Rosiba was at lunch.

     Conversation Hist...

     nat      55      Roxanna we had no work and the bread was not coming out i said to Rosa 8/8/2019 at 7:50 pm i am going to the bathroom i was gone only 5 minutes when i entered the department Rosiba started shouting at and putting her finger in my face saying bread is on the line and Eden need help. i told her shop yelling at me and to get her finger out of my face you have not right to be talking to me like and if Eden need help you are the extra person on the line today doing breaks and lunches so you should had covered me until i got back instead of harassing me. Rosiba then said something to Rosa in Spanish Rosa said go to the line i told her i was on my way until Rosiba stop me yelling at me and putting her finger in my face.

🗒   Notes

     New folder

∨   Groups

     New group

Roxanna the 2nd incident line 3 packing 9:30 pm both of the packing line kept on breaking down causing all of the trays of bread to be open and both table over flowing with bread and bread all over the floor. i am in my last position of roating for that day at the end of the line checking count of the croissant, dates and codes on plastic, doing repack of all open trays and keep the area clean .Roxanne this is all that is required of the person working the end of the line in the front line if we are not busy .i started to clean up the bread off of the floor because of the company safety reason Rose then said stop doing that and start on the repack.i then said to rosa that Eded is working on the repack let me clean up this mess all of a sudden Rosiba ran from the back of the line trying to snatch the broom out of my hands .Roxanna i then came to the human resource office to report it you said that you would look into it.

Roxanna I talked to my union representative Raymond Lansky about the incident and all of the other incident that i have reported to human recourse department from June of 2019 until now and he said that i am entitle to watch any VIDEO that is concerning any type of harassment or hostile work environment concerning my safety.

Brenda Herron
1-312-256-6849

🌱   Upgrade to Office
     365 with premium
     Outlook features

✉   📅   ℞   ···

**From:** Roxana Diaz <RDiaz@gsbaking.com>
**Sent:** Thursday, August 15, 2019 4:03 PM
**To:** brenda herron <bjh3855@hotmail.com>
**Subject:** RE: Harassment



::: Outlook          🔍 Search                                              Ⓢ  ⚙  ?  ⏎  BH

≡  + New message      ↩ Reply ∨  🗑 Delete  🗁 Archive  📁 Move to ∨  ⊘ Categorize ∨ ↑··· ↓  ✕

>  Favorites          **Harassment**

∨  Folders            BH   brenda herron                                   ↩  ↩  →  ···
                           Sat 8/17/2019 12:42 PM
⌂  Inbox          1        Roxana Diaz; Mayra Enriquez ⌄

⊘  Junk Email              **Good Morning Roxanna**

✎  Drafts        53        I came into the office on 08/15/2019 at 4:40 pm to inform you about Rosiba
                           pushing trays back on me and saying that i needed to do my job. Roxanna i had
▷  Sent Items              miss one tray that had open plastic which could happen to anyone working
                           that position because the trays are coming out of the machine every 2
🗎  Deleted Items  311      seconds. i told all she had to do was to let me know and i would had taken it
                           off of the line .Roxanna  i came to the human Resource office and Myra or you
🗄  Archive                was not there  i was told to talk to angle she told me to try to find a supervisor.

    Conversation Hist...  Roxanna the second incident on the same day 08/ 15/2019 at 8:00 pm working
                           on assembly line with Rosiba line start to jam because boxes was jam . Rosiba
    nat           55       call Rosa saying in Spanish something about me.  Rosa came back to the line
                           saying that i can not keep up with the line i said it not my fault that the boxes
🗋  Notes                  are stuck you need to talk to them and let me do my job. Rosa then call Ron the
                           manger saying that i am no keeping up with the line causing it to jam.
    New folder
                           Roxanna Ron came to line 3 packing ask Rosa what is the problem she told him
∨  Groups                  that i am not doing my job i told Ron the 2 person that work the assembly line
                           for the croissant have 3 line a piece to watch and help if needed. Rosiba is not
    New group              doing her job and the boxes are are jamming.Ron watch me and said that i
                           needed to move the croissant a little more and not hold them i told the only
                           reason that we hold the croissant is when the boxes jam or plastic break we
                           turn line down and hold them in place so that they won't bunch up Ron then
                           left.

                           Brenda Herron
                           1-312-256-6849

Woah....Stunning Ne
Sedans - Research 2
Yahoo! Search

[Gallery] These Are T
Dog Breeds
Livestly

The Early Signs of C(
Yahoo Search
                                        Sporzio

⊕  Upgrade to Office
   365 with premium
   Outlook features

✉  🗓  🗘  ···                                                        ▷

Mail - brenda herron - Outlook

::: Outlook  🔍 Search  Ⓢ ⚙ ? ⟻ BH

≡  + New message   ↩ Reply ∨  🗑 Delete  🗀 Archive  ▤ Move to ∨  ⊘ Categorize ∨ ↑⋯ ↓ ✕

〉 Favorites

**Harassment/Hostile work environment**

∨ Folders

BH  brenda herron
Sat 8/17/2019 1:19 PM       ↩ ⟲ → ⋯
Roxana Diaz; Mayra Enriquez ⌄

📁 Inbox      1

⊘ Junk Email        **Good Morning Roxana**

✎ Drafts     53    I don't understand why every day that i go to work in my department i am
always targeted i work with 5 other ladies in my department. Roxanna i
▷ Sent Items      understand that Rosa is my line lead and i am to listen to her which i always do
except when she  yelling at me which i have mention to you on several
🗑 Deleted Items  311   occasion i am the only that she yell at and you told me that you have talk to her
but it is getting worse.

▤ Archive

Conversation Hist...     Roxanna on 08/16/2019 at 9:50 pm we had no bread so all of the ladies
tina,eden,Rosiba ,Ester,and my self was cleaning up the department . i was on
nat     55    the outside of the line sweeping Rosa then told me to go to the other side and
clean because she was using the hose to blow the bread crumbs to the
🗒 Notes      opposite side. Roxanna Tina and Eden was already there sweeping so i went to
the opposite in the back sweeping up and dumping the yellow tubs  in the
New folder     garbage can all of a sunned Rosa took the garbage can from me and said that is
not what she told me to do. I then said to her you said go to the other said and
∨ Groups      clean she started yelling at me an took off her walking talkie and shoved at me

New group     Roxanna she then said  do i wand to be the line lead i told he no that her job
and that  she did not specify what area she wanted me to clean . Roxanna
when the line is down and all of the ladies  start cleaning everyone take
different section of the department to clean . Rosa then call Ron the manger.
Roxanna i am tried of be threading and harness so  could you please help me i
know you said in several meeting that you have talked to all of the individual
and couch them but i;ts  getting worse.

Brenda Herron
1-312-256-6849

⊕ Upgrade to Office
365 with premium
Outlook features

✉ 🗓 ℝ ⋯                    ▷

Mail - brenda herron - Outlook



::: Outlook        🔍 Search

≡  + New message      ↩ Reply ∨  🗑 Delete  🗃 Archive  📥 Move to ∨  ⊘ Categorize ∨  ↑⋯  ↓  ✕

>  Favorites        **Leave of Absences**

∨  Folders
                   BH   brenda herron
                        Sun 8/18/2019 9:41 PM
🔲  Inbox      1         Roxana Diaz; Mayra Enriquez ∨

🚫  Junk Email          Good Morn Roxanna

🖊  Drafts    53         I would like to know what are the procedures for taking a medical leave of
                        absence what are the requirement and the length of time that i can be gone.
▷  Sent Items

🗑  Deleted Items 311
                        Brenda Herron
🗃  Archive              1-312-256-6849

    Conversation Hist...

    nat      55

🔲  Notes

    New folder

∨  Groups

    New group

Better Than Solar Pa
'Prepper' Creates Sta
Cool New Tech

[Pics] She Was A Leg
Today She Works 9 1
Finance 101

The Unusual Link Bet
Diabetes (Watch)
diabetes-relief.club

Sponsor

⊕  Upgrade to Office
   365 with premium
   Outlook features

📩  📅  👤  ⋯                                        ▷

Mail - brenda herron - Outlook

::: Outlook    🔍 Search      ⓢ ⚙ ? ◁ BH

≡ + New message    ↩ Reply ∨ 🗑 Delete 🗄 Archive ↪ Move to ∨ ⊘ Categorize ∨ ↑··· ↓ ×

> Favorites    **Re: Leave of Absences**

∨ Folders



30 Wedding Photos ⌐
Wrong
Auto Overload

| BH | brenda herron<br>Tue 8/20/2019 12:04 AM<br>Roxana Díaz ≋ | ↩ ↩ → ··· |
|---|---|---|

▢ Inbox   1

**Good Morning Roxanna**

◯ Junk Email

I really appreciate the information but i will not know the type of leave i will be asking for until i go to my doctor appointment on 08/27/2201. I will come in to the human resource office with the information.

✏ Drafts   53

▷ Sent Items

Brenda Herron
1-312-256-6849



Sneakers Too Casua⌐
to This Beautiful Sho⌐
Everlane

🗑 Deleted Items   311

🗄 Archive

Conversation Hist...

**From:** Roxana Díaz <RDiaz@gsbaking.com>
**Sent:** Monday, August 19, 2019 12:01 PM
**To:** brenda herron <BJH3855@hotmail.com>
**Cc:** Mayra Enríquez <MEnriquez@gsbaking.com>
**Subject:** RE: Leave of Absences

nat   55

🗌 Notes

Hello Brenda,



The Genius Trick Eve⌐
Shopper Should Knov⌐
Wikibuy

*Sponso⌐*

New folder

There are two kinds of unpaid leaves we provide. Both leaves require you to call off every day that you will be unable to come to work so that you remain in compliance with the attendance policy. You also have the option of using any available personal days or vacation time you may have.

∨ Groups

New group

You currently would be in consideration for Leave of Absence (LOA). What I will need from you at this moment is documentation from your doctor indicating when you will begin your medical leave from work. Then, I would need to request updated notes from you to see when you would be able to return to work.

The second type of leave is called FMLA. You qualify for this type of leave on September 23, 2019 (your one year anniversary with the company). If you are still unwell at that time, you will need to request FMLA paperwork from me to provide to you. I can cover more details when we get to this point in time.

Roxana Díaz
HR Generalist
Gold Standard Baking, Inc.
3700 S. Kedzie Avenue
Chicago, IL 60632
Direct: (773) 299-1197
Cell: (773) 491-3563
Fax: (773) 299-1276
E-mail: RDiaz@gsbaking.com
www.goldstandardbaking.com

*taste the others can't touch™*

Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and confidential information intended only for the use of the individual entity or entities named as recipient or recipients. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by electronic mail or by telephone and permanently delete this message from your computer system. Thank you.

**From:** brenda herron [mailto:BJH3855@hotmail.com]
**Sent:** Sunday, August 18, 2019 9:42 PM
**To:** Roxana Díaz <RDiaz@gsbaking.com>
**Cc:** Mayra Enríquez <MEnriquez@gsbaking.com>
**Subject:** Leave of Absences

⊕ Upgrade to Office
365 with premium
Outlook features

✉ 🗓 ⌨ ···

Good Morn Roxanna

∨ ▷



Mail - brenda herron - Outlook

::: Outlook          🔍 Search                                    ⊕ ⚙ ? ↩ BH

≡ + New message    ↩ Reply ⌄  🗑 Delete  🗂 Archive  ↪ Move to ⌄  ⊘ Categorize ⌄ ↑⋯ ↓ ✕

> Favorites         **Re: Harassment/Hostile work environment**

⌄ Folders
                    BH   brenda herron                                ↩ ↩↩ → ⋯
                         Tue 8/20/2019 12.14 AM
🖵 Inbox         1        Roxana Diaz ⌄

🚫 Junk Email            Good Morning Roxanna

✏ Drafts        53       I myself was caught off guard when Rosa approach me and for my coworkers
                         they was cleaning on the other side of the machine and when they herd the
▷ Sent Items             confutation Tina and Eden look at us. Roxanna i gave you the times and day
                         of the occurrence so that you can look at the VIDEO.
🗑 Deleted Items 311
                         Brenda Herron
🗂 Archive                1-312-256-6849

   Conversation Hist...
                         **From:** Roxana Diaz <RDiaz@gsbaking.com>
   nat          55       **Sent:** Monday, August 19, 2019 10:26 AM
                         **To:** brenda herron <BJH3855@hotmail.com>
🗋 Notes                  **Subject:** RE: Harassment/Hostile work environment

   New folder            Hello Brenda,

⌄ Groups                 Is there one or more employees who you think might have seen the below occur so
                         I can interview them?
   New group
                         Roxana Díaz
                         HR Generalist
                         Gold Standard Baking, Inc.
                         3700 S. Kedzie Avenue
                         Chicago, IL 60632
                         Direct: (773) 299-1197
                         Cell: (773) 491-3563
                         Fax: (773) 299-1276
                         E-mail: RDiaz@gsbaking.com
                         www.goldstandardbaking.com

                         *taste the others can't touch*™

                         Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and
                         confidential information intended only for the use of the individual entity or entities named as
                         recipient or recipients. If the reader is not the intended recipient, be hereby notified that any
                         dissemination, distribution or copy of this communication is strictly prohibited. If you have
                         received this communication in error, please notify me immediately by electronic mail or by
                         telephone and permanently delete this message from your computer system. Thank you.

                         **From:** brenda herron [mailto:BJH3855@hotmail.com]
                         **Sent:** Saturday, August 17, 2019 1:20 PM
                         **To:** Roxana Diaz <RDiaz@gsbaking.com>
                         **Cc:** Mayra Enriquez <MEnriquez@gsbaking.com>
                         **Subject:** Harassment/Hostile work environment

                         Good Morning Roxanna

                         I don't understand why every day that i go to work in my department i am
                         always targeted i work with 5 other ladies in my department. Roxanna i
                         understand that Rosa is my line lead and i am to listen to her which i always
                         do except when she yelling at me which i have mention to you on several
                         occasion i am the only that she yell at and you told me that you have talk to
⊕ Upgrade to Office      her but it is getting worse.
   365 with premium
   Outlook features      Roxanna on 08/16/2019 at 9:50 pm we had no bread so all of the ladies
                         tina,eden,Rosiba ,Ester,and my self was cleaning up the department . i was
✉  🗓  🖳  ⋯              on the outside of the line sweeping Rosa then told me to go to the other
                         side and clean because she was using the hose to blow the bread crumbs to   ⌄ ▷



::: Outlook

🔍 Search

+ New message          ↩ Reply  ∨   🗑 Delete   📥 Archive   📁 Move to ∨   ⊘ Categorize ∨  ↑∙∙∙  ↓  ✕

> Favorites

**Re: Harassment**

∨ Folders

BH   **brenda herron**                                         ↩  ↩  →  ∙∙∙
     Tue 8/20/2019 12:56 AM
⎘ Inbox          1        Roxana Diaz ⋁

◌ Junk Email              **Good Morning Roxanna**

∅ Drafts        93        I was inform by my union representative Raymond Lansky that i am entitle
                          to watch any VIDEO that i have requested involving any incident concerning
▷ Sent Items              me. Roxanna i have sent you and Myra several dates and times of all of the
                          incident of me been yelled at shove and called out of my name and harness.
🗑 Deleted Items   311

🗄 Archive                **Brenda Herron**
                          1-312-256-6849
   Conversation Hist.

   nat            55       **From:** Roxana Diaz <RDiaz@gsbaking.com>
                          **Sent:** Thursday, August 15, 2019 4:03 PM
🗑 Notes                  **To:** brenda herron <bjh3855@hotmail.com>
                          **Subject:** RE: Harassment
   New folder
                          Good afternoon Brenda,
∨ Groups
                          As I mentioned before, I will not be able to show you the video. I will be available
   New group              tomorrow to discuss my findings.

                          Roxana Diaz
                          HR Generalist
                          Gold Standard Baking, Inc.
                          3700 S. Kedzie Avenue
                          Chicago, IL 60632
                          Direct: (773) 299-1197
                          Cell: (773) 491-3563
                          Fax: (773) 299-1278
                          E-mail: RDiaz@gsbaking.com
                          www.goldstandardbaking.com

                          *taste the others can't touch*™

                          Confidentiality Notice: The information contained in this electronic message is PRIVILEGED and
                          confidential information intended only for the use of the individual entity or entities named as
                          recipient or recipients. If the reader is not the intended recipient, be hereby notified that any
                          dissemination, distribution or copy of this communication is strictly prohibited. If you have
                          received this communication in error, please notify me immediately by electronic mail or by
                          telephone and permanently delete this message from your computer system. Thank you.

                          **From:** brenda herron [mailto:bjh3855@hotmail.com]
                          **Sent:** Thursday, August 15, 2019 2:18 PM
                          **To:** Roxana Diaz <RDiaz@gsbaking.com>
                          **Subject:** Re: Harassment

                          Good Afternoon Roxanna

                          I will be in the office on 08/16/2019 at 2:30 pm to review the video of Rosiba
                          putting her hand in my face and snaching the broom out of my hands.

                          Brenda Herron
                          1-312-256-6849

                          **From:** Roxana Diaz <RDiaz@gsbaking.com>
                          **Sent:** Wednesday, August 14, 2019 7:45 AM
                          **To:** brenda herron <bjh3855@hotmail.com>

⬆ Upgrade to Office
   365 with premium
   Outlook features

✉   📅   🔲   ∙∙∙

Considering a Nissan
Blue Book
Kelley Blue Book

Teen Escorted Out Of
Unexpectedly
EternalLifeStyle

Waitress Is The Only (
Customer Then He I∙



::: Outlook      🔍 Search                                                    Ⓢ  ⚙  ?  ◁  BH

≡  + New message    ↩ Reply  ∨  🗑 Delete  📁 Archive  ▣ Move to  ∨  ⊘ Categorize  ∨  ↑···  ↓  ✕

⟩  Favorites        Harassment

∨  Folders                 brenda herron                                    ↩  ↩⟩  →  ···
                      BH   Tue 3/20/2019 1:32 AM                                              Secure Your Yard Wit
🖵  Inbox        1          Roxana Diaz; Mayra Enriquez ⊗                                      Motion Sensor Securi
                                                                                              Clever Gadgets
◯  Junk Email              Good Morning Roxanna

🖉  Drafts      33          I came up stairs to get my glasses at 5:10 pm when i seen you still i your office.
                           I inform you that  Christian said that i was not keeping up with the count of the
▷  Sent Items              croissant on the line because several trays came down the line missing pieces. I
                           inform him that i was just put in that position  by Patricia AKA Romanna
🗑  Deleted Items   311     Hermandez the  plastic break causing trays to go through without me having a
                           chance to catch them. Roxanna when this happen the ladies at the end put
⊡  Archive                 them to the side and open them up for repack.

    Conversation Hist...    Roxanna Christian said he is going to give me a write up  because he had        Considering a Nissan
                           complaints about my performance . i then told him that i started to work at     Blue Book
    nat        55          3:00 pm working at the end of the line when i was told to move to the count at  Kelley Blue Book
                           3:30 pm  and the plastic kept on breaking i did my best to catch them he said
🔲  Notes                  that is no excuse i need to keep up.

    New folder
                           Roxanna i had been working on the line for almost 2 hours i ask Rosa at 7:30
∨  Groups                  pm can i go to the bathroom she said no i then waited 1 hour more ask Rosa
                           again and told that i  really got to go  she still said no ask Christian  he told me
    New group              no wait i said i been waiting 2 hours ready and i am about pee on myself. I then   The Meanings Behind
                           said why are you"all harassing me i then left the line to use the bathroom.        Kardashian Baby Nam

                           Roxanna when i came back to the line working Christian was helping the
                           stackers  on the palette all of a sudden Christing  starting taunting me saying
                           that i always say that i have seniority but i don't know my job .i ask him why are
                           you harassing me he said that i am not putting the tabs in the boxes i told him
                           that i am doing the best that i can and my seniority has thing to do with my
                           job.

                           Roxaan could you please move e me to another department i am tried of all
                           this harassment/targeted/hostile work  environment.


                           Brenda Herron
                           1-312-256-6849

⊕  Upgrade to Office
    365 with premium
    Outlook features

✉  🗓  ρ⟨  ···

                                                                                              ▷



*3700 S. Kedzie Ave., Chicago, IL 60632 / (773) 523-2333 / (773) 523-7381 – fax / www.gsbaking.com*

# Harassment Policy

## Statement of Policy

It is Gold Standard Baking's policy to prohibit sexual harassment as well as any form of harassment because of race, color, religion, national origin, age, disability, sexual orientation or any other basis prohibited by law. Such harassment interferes with another's dignity and privacy; and if found, Gold Standard will take appropriate action, which may include discipline or discharge. Listed below are the definition of sexual harassment, examples of what conduct constitutes such harassment, actions that employees must take should an employee believe, in good faith, that harassment of a sexual nature has occurred, the investigation procedures to be followed by Gold Standard Baking, and Gold Standard Baking's no-retaliation policy for good-faith claims made by employees. This policy applies without exception to all employees and third parties working on Gold Standard Baking premises or with temporary hires retained pursuant to contract or other employment agreements.

## Definition of Sexual Harassment

Gold Standard Baking's prohibition of sexual and other forms of harassment includes not only conduct which has been defined as unlawful by the courts but also includes any behavior that is reasonably likely to create a hostile, intimidating or offensive work environment for others. Sexual harassment includes unwelcome sexual advances, requests for sexual favors and other verbal or physical behavior of a sexual nature when (1) submitting to that conduct is explicitly or implicitly a term or condition of employment; (2) submitting or refusing to submit to that conduct is used as a basis for any decision affecting an individual's employment or status; or (3) that conduct has the purpose or effect of creating an intimidating, hostile or offensive working environment.

Examples of conduct prohibited by the policy are: engaging in sexual favoritism or retaliation based on the granting or refusal of sexual favors, displaying "pin-up" calendars or sexual demeaning pictures, telling inappropriate jokes, making sexually offensive or suggestive remarks, engaging in sexual teasing, including comments about sexual orientation, subjecting another employee to pressure for dates and engaging in unwelcome touching.

Sexually harassing conduct violates the policy both where the perpetrator and the victim are of different genders and where they are the same gender.



**UNION HEALTH SERVICE**

(312) 423-4200 • www.unionhealth.org

*Health Plan Accredited by*

▲ **AAAHC**

ACCREDITATION ASSOCIATION
*for* AMBULATORY HEALTH CARE, INC.

07/16/19

BRENDA HERRON
3855 W MAYPOLE 2ND FL
CHICAGO IL 60624

To Whom It May Concern:

BRENDA HERRON has been under the care of UNION HEALTH SERVICE, INC., and is physically able to return to work as of 07/21/19 with no restrictions.

Sincerely yours,

Dr. Suphangul, M /sw
Attending Physician

1634 WEST POLK STREET (POLK)
ADMINISTRATIVE OFFICE CHICAGO, IL 60612

4701 NORTH CUMBERLAND (NWC)
SUITE 21-26 • NORRIDGE, IL 60706

2800 WEST 87TH STREET (87TH)
CHICAGO, IL 60652

610 SOUTH MAPLE AVENUE (OPC)
SUITE 2300 • OAK PARK, IL 60304

3535 EAST NEW YORK STREET (AURORA)
SUITE 210 • AURORA, IL 60504

1325 HOWARD STREET (EVANSTON)
2ND FLOOR • EVANSTON, IL 60202

AN EQUAL
OPPORTUNITY
EMPLOYER





(312) 423-4200 • www.unionhealth.org

*Health Plan Accredited by*

▲ **AAAHC**

ACCREDITATION ASSOCIATION
*for* AMBULATORY HEALTH CARE, INC.

08/27/19

BRENDA HERRON
3855 W MAYPOLE 2ND FL
CHICAGO IL 60624

To Whom It May Concern:

BRENDA HERRON has been under the care of UNION HEALTH SERVICE, INC., and is physically able
to return to work as of 09/18/19 with no restrictions.

Sincerely yours,

Dr. M. Suphangul/js
Attending Physician

1634 WEST POLK STREET (POLK)
ADMINISTRATIVE OFFICE CHICAGO, IL 60612

4701 NORTH CUMBERLAND (NWC)
SUITE 21-26 • NORRIDGE, IL 60706

2800 WEST 87TH STREET (87TH)
CHICAGO, IL 60652

610 SOUTH MAPLE AVENUE (OPC)
SUITE 2300 • OAK PARK, IL 60304

3535 EAST NEW YORK STREET (AURORA)
SUITE 210 • AURORA, IL 60504

1325 HOWARD STREET (EVANSTON)
2ND FLOOR • EVANSTON, IL 60202

AN EQUAL
OPPORTUNITY
EMPLOYER





(312) 423-4200 • www.unionhealth.org

*Health Plan Accredited by*

**AAAHC**

ACCREDITATION ASSOCIATION
*for* AMBULATORY HEALTH CARE, INC.

09/17/19

BRENDA HERRON
3855 W MAYPOLE 2ND FL
CHICAGO IL 60624

To Whom It May Concern:

BRENDA HERRON has been under the care of UNION HEALTH SERVICE, INC., and is physically able to return to work as of 10/02/19 with no restrictions.

Sincerely yours,

Jeffrey Goldstein,MD
Attending Physician

1634 WEST POLK STREET (POLK)
ADMINISTRATIVE OFFICE CHICAGO, IL 60612

4701 NORTH CUMBERLAND (NWC)
SUITE 21-26 • NORRIDGE, IL 60706

2800 WEST 87TH STREET (87TH)
CHICAGO, IL 60652

610 SOUTH MAPLE AVENUE (OPC)
SUITE 2300 • OAK PARK, IL 60304

3535 EAST NEW YORK STREET (AURORA)
SUITE 210 • AURORA, IL 60504

1325 HOWARD STREET (EVANSTON)
2ND FLOOR • EVANSTON, IL 60202

AN EQUAL
OPPORTUNITY
EMPLOYER





(312) 423-4200 • www.unionhealth.org

Health Plan Accredited by

▲ AAAHC

ACCREDITATION ASSOCIATION
*for* AMBULATORY HEALTH CARE, INC.

10/24/19

BRENDA HERRON
3855 W MAYPOLE 2ND FL
CHICAGO IL 60624

To Whom It May Concern:

BRENDA HERRON has been under the care of UNION HEALTH SERVICE, INC., and is physically able to return to work as of **JANUARY 2nd, 2020** with no restrictions.
The pt was placed on FMLA effective today.

Sincerely yours,

Pawel S. Dudek, MD
Attending Physician

1634 WEST POLK STREET (POLK)
ADMINISTRATIVE OFFICE CHICAGO, IL 60612

4701 NORTH CUMBERLAND (NWC)
SUITE 21-26 • NORRIDGE, IL 60706

2800 WEST 87TH STREET (87TH)
CHICAGO, IL 60652

610 SOUTH MAPLE AVENUE (OPC)
SUITE 2300 • OAK PARK, IL 60304

3535 EAST NEW YORK STREET (AURORA)
SUITE 210 • AURORA, IL 60504

1325 HOWARD STREET (EVANSTON)
2ND FLOOR • EVANSTON, IL 60202

AN EQUAL
OPPORTUNITY
EMPLOYER


**Union Health Service, Inc.** REFILL



---

*Patient Education for BRENDA HERRON*

Prescription #: 6438621

Dispense Date: 10/24/2019

Product: **FLUOXETINE HCL 20 MG CAPSULE**

Pharmacist: Minesh Kamani

Directions For Use: TAKE ONE CAPSULE BY MOUTH DAILY

---

*FLUOXETINE HCL 20 MG CAPSULE*

**USES:**

Fluoxetine is used to treat depression, panic attacks, obsessive compulsive disorder, a certain eating disorder (bulimia), and a severe form of premenstrual syndrome (premenstrual dysphoric disorder). This medication may improve your mood, sleep, appetite, and energy level and may help restore your interest in daily living. It may decrease fear, anxiety, unwanted thoughts, and the number of panic attacks. It may also reduce the urge to perform repeated tasks (compulsions such as hand-washing, counting, and checking) that interfe with daily living. Fluoxetine may lessen premenstrual symptoms such as irritability, increased appetite, and depression. It may decrease binging and purging behaviors in bulimia.

**HOW TO USE:**

Read the Medication Guide provided by your pharmacist before you start using fluoxetine and each time you get a refill. If you have any questions, ask your doctor or pharmacist. Tak this medication by mouth as directed by your doctor, usually once daily in the morning. If you are taking this medication twice a day, your doctor may direct you to take it in the morning and at noon. If you are taking fluoxetine for premenstrual problems, your doctor may direct you to take it every day of the month or just for the 2 weeks before your period through the first full day of your period. To help you remember, mark your calendar. If you are using the liquid form of this medication, measure the dose carefully using a special measuring device/spoon. Do not use a household spoon because you may not get the correct dose. The dosage is based on your medical condition and response to treatment. To reduce your risk of side effects, your doctor may direct you to start this medication at a low dose and gradually increase your dose. Follow your doctor's instructions carefully. Take th medication regularly to get the most benefit from it. To help you remember, take it at the same time each day. It is important to continue taking this medication as prescribed even if you feel well. Do not stop taking this medication without first consulting your doctor. Some conditions may become worse when the drug is abruptly stopped. Your dose may need to be gradually decreased. You should see some improvement in 1 to 2 weeks. It may take 4 to 5 weeks before you feel the full benefit. Tell your doctor if your condition does not improve or if it worsens.

**SIDE EFFECTS:**

See also Warning section. Nausea, drowsiness, dizziness, anxiety, trouble sleeping, loss of appetite, tiredness, sweating, or yawning may occur. If any of these effects persist or worsen, tell your doctor promptly. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor right away if any of these unlikely but serious side effects occur: unusual or severe mental/mood changes (such as agitation, unusual high energy/excitement, thoughts of suicide), easy bruising/bleeding, muscle weakness/spasm, shakiness (tremor), decreased interest in sex, changes in sexual ability, unusual weight loss. Get medical help right away if you have any very serious side effects, including: bloody/black/tarry stools, vomit that loo like coffee grounds, fast/irregular heartbeat, fainting, seizures, signs of kidney problems (such as change in the amount of urine), eye pain/swelling/redness, widened pupils, vision changes (such as seeing rainbows around lights at night, blurred vision). If you have diabetes, fluoxetine may affect your blood sugar levels. Monitor your blood sugar regularly and share the results with your doctor. Your doctor may need to adjust your medication, diet, and exercise when you start or stop fluoxetine. This medication may increase serotonin and rarely cause a very serious condition called serotonin syndrome/toxicity. The risk increases if you are also taking other drugs that increase serotonin, so tell your doctor or pharmacist of all the drugs you take (see Drug Interactions section). Get medical help right away if you develop some of the following symptoms: fast heartbeat, hallucinations, loss of coordination, severe dizziness, severe nausea/vomiting/diarrhea, twitching muscles, unexplained fever, unusual agitation/restlessness. Rarely, males may have a painful or prolonged erection lasting 4 or more hours. If this occurs, stop using this drug and get medical help right away, or permanent problems could occur. A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US - Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

**PRECAUTIONS:**

Before taking fluoxetine, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients, which can cause allerg reactions or other problems. Talk to your pharmacist for more details. Before using this medication, tell your doctor or pharmacist your medical history, especially of: personal or fami history of bipolar/manic-depressive disorder, personal or family history of suicide attempts, liver problems, diabetes, low sodium in the blood (such as may occur while taking "water pills" - diuretics), severe loss of body water (dehydration), seizures, stomach/intestinal ulcers, personal or family history of glaucoma (angle-closure type). This drug may make you dizzy or drowsy. Do not drive, use machinery, or do any activity that requires alertness until you are sure you can perform such activities safely. Avoid alcoholic beverages. Fluoxetine may cause a condition that affects the heart rhythm (QT prolongation). QT prolongation can rarely cause serious (rarely fatal) fast/irregular heartbeat and other symptoms (such as severe dizziness, fainting) that need medical attention right away. The risk of QT prolongation may be increased if you have certain medical conditions or are taking other drugs that may cause QT prolongation. Before using fluoxetine, tell your doctor or pharmacist of all the drugs you take and if you have any of the following conditions: certain heart problems (heart failure, slow heartbeat, QT prolongation in the EKG), family history of certain heart problems (QT prolongation in the EKG, sudden cardiac death). Low levels of potassium or magnesium in the blood may also increase your risk of QT prolongation. This risk may increase if you use certain drugs (such as diuretics/"water pills") or if you have conditions such severe sweating, diarrhea, or vomiting. Talk to your doctor about using this medication safely. The liquid form of this medication contains alcohol. Caution is advised if you have diabetes, alcohol dependence, or liver disease. Some medications (such as metronidazole, disulfiram) can cause a serious reaction when combined with alcohol. Ask your doctor or pharmacist about using this product safely. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Older adults may be more sensitive to the side effects of this drug, especially bleeding and QT prolongation (see above). Older adults may also be more likely to develop low sodium in the blood, especially if they are taking "water pills" (diuretics). During pregnancy, this medication should be used only when clearly needed. It may harm an unborn baby. Also, babies born to mothers who have used this drug during the last 3 months of pregnancy may rarely develop withdrawal symptoms such as feeding/breathing difficulties, seizures, muscle stiffness, or constant crying. If you notice any of these symptoms in your newborn, tell the doctor promptly. Since untreated mental/mood problems (suc as depression, panic attacks, obsessive compulsive disorder) can be a serious condition, do not stop taking this medication unless directed by your doctor. If you are planning pregnancy, become pregnant, or think you may be pregnant, immediately discuss the benefits and risks of using this medication during pregnancy with your doctor. This drug may pa into breast milk and could have undesirable effects on a nursing infant. Consult your doctor before breast-feeding.

**DRUG INTERACTIONS:**

Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of al the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval. Fluoxetine can stay in your body for many weeks after your last dose and may interact with many other medications. Before using any medication, tell your doctor or pharmacist if you have taken fluoxetine in the previous 5 weeks. Some products that may interact with this drug include: drugs removed from your bod by certain liver enzymes including vinblastine, antiarrhythmics such as propafenone/flecainide, tricyclic antidepressants such as desipramine/imipramine, other drugs that can cause bleeding/bruising including antiplatelet drugs such as clopidogrel, NSAIDs such as ibuprofen, "blood thinners" such as warfarin. Taking MAO inhibitors with this medication may cause a serious (possibly fatal) drug interaction. Avoid taking MAO inhibitors (isocarboxazid, linezolid, methylene blue, moclobemide, phenelzine, procarbazine, rasagiline, selegiline, tranylcypromine) during treatment with this medication. Most MAO inhibitors should also not be taken for 2 weeks before and at least 5 weeks after treatment with this medication. A your doctor when to start or stop taking this medication. Many drugs besides fluoxetine may affect the heart rhythm (QT prolongation), including pimozide and thioridazine, among others. Aspirin can increase the risk of bleeding when used with this medication. However, if your doctor has directed you to take low-dose aspirin for heart attack or stroke preventic (usually at dosages of 81-325 milligrams a day), you should continue taking it unless your doctor instructs you otherwise. The risk of serotonin syndrome/toxicity increases if you are also taking other drugs that increase serotonin. Examples include street drugs such as MDMA/"ecstasy," St. John's wort, certain antidepressants (including other SSRIs such as citalopram/paroxetine, SNRIs such as duloxetine/venlafaxine), tryptophan, among others. The risk of serotonin syndrome/toxicity may be more likely when you start or increase the dose of these drugs. Tell your doctor or pharmacist if you are taking other products that cause drowsiness including alcohol, antihistamines (such as cetirizine, diphenhydramine), dru for sleep or anxiety (such as alprazolam, diazepam, zolpidem), muscle relaxants, and narcotic pain relievers (such as codeine). Check the labels on all your medicines (such as allergy or cough-and-cold products) because they may contain ingredients that cause drowsiness. Ask your pharmacist about using those products safely. This medication may interfere with

**Union Health Service, Inc.** REFILL

---

*Patient Education for BRENDA HERRON*

Prescription #: 6438619

Dispense Date: 10/24/2019

Product: **TRAZODONE HCL 50 MG TABLET**

Pharmacist: Minesh Kamani

Directions For Use: TAKE ONE TABLET BY MOUTH AT BEDTIME

---

**TRAZODONE HCL 50 MG TABLET**

**USES:**
This medication is used to treat depression. It may help to improve your mood, appetite, and energy level as well as decrease anxiety and insomnia related to depression. Trazodone works by helping to restore the balance of a certain natural chemical (serotonin) in the brain.

**HOW TO USE:**
Read the Medication Guide provided by your pharmacist before you start using trazodone and each time you get a refill. If you have any questions, consult your doctor or pharmacist. Take this medication by mouth, usually once or twice daily after a meal or snack or as directed by your doctor. If drowsiness is a problem and you are taking 1 dose daily, take it at bedtime. If you are taking 2 doses each day, it may help to take 1 of the doses at bedtime. Follow your doctor's directions carefully. Dosage is based on your medical condition and response to treatment. To reduce your risk of side effects, your doctor may start you at a low dose and gradually increase your dose. Take this medication exactly as prescribed. Do not increase your dose or take this medication more often than prescribed. Your condition will not improve any faster, and the risk of serious side effects may be increased. It is important to continue taking this medication as prescribed even if you feel well. To help you remember, take it at the same time(s) each day. Do not stop taking this medication witho consulting your doctor. Anxiety, agitation, and trouble sleeping can occur if the drug is suddenly stopped. It may take 2 to 4 weeks before you notice the full effects of this medication Tell your doctor if your condition persists or worsens.

**SIDE EFFECTS:**
See also the Warning section. Nausea, vomiting, diarrhea, drowsiness, dizziness, tiredness, blurred vision, changes in weight, headache, muscle ache/pain, dry mouth, bad taste in the mouth, stuffy nose, constipation, or change in sexual interest/ability may occur. If any of these effects persist or worsen, tell your doctor or pharmacist promptly. To relieve dry mouth suck on (sugarless) hard candy or ice chips, chew (sugarless) gum, drink water, or use a saliva substitute. To reduce the risk of dizziness and lightheadedness, get up slowly when rising from a sitting or lying position. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor right away if you have any serious side effects, including: shaking (tremors), nightmares, ringing in the ears, problems urinating, blood in urine, signs of infection (e.g., fever, persistent sore throat), shortness of breath, stomach/abdominal pain. Get medical help right away if you have any very serious side effects, including: chest/jaw/left arm pain, fainting, fast/irregular heartbeat, seizures, eye pain/swelling/redness, widened pupils, vision changes (such as seeing rainbows around lights at night). This medication may increase serotonin and rarely cause a very serious condition called serotonin syndrome/toxicity. The risk increases if you are also taking other drugs that increase serotonin, so tell your doctor or pharmacist of all the drugs you take (see Drug Interactions section). Get medical help right away if you develop some of the following symptoms: fast heartbeat, hallucinations, loss of coordination, severe dizziness, severe nausea/vomiting/diarrhea, twitching muscles, unexplained fever, unusual agitation/restlessness. For males, in the very unlikely event you have a painful or prolonged erection (priapism) lasting 4 or more hours, stop using this drug and seek immediate medical attention, or permanent problems could occur. A very serious allergic reaction to this drug is rare. However, seek immediate medical attention if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possib side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US - Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

**PRECAUTIONS:**
Before taking trazodone, tell your doctor or pharmacist if you are allergic to it; or to nefazodone; or if you have any other allergies. This product may contain inactive ingredients, whi can cause allergic reactions or other problems. Talk to your pharmacist for more details. Before using this medication, tell your doctor or pharmacist your medical history, especially of personal or family history of bipolar disorder, personal or family history of suicide attempts, heart disease (e.g., irregular heartbeat, heart attack), liver disease, kidney disease, blood pressure problems, personal or family history of glaucoma (angle-closure type). This drug may make you dizzy or drowsy or cause blurred vision. Do not drive, use machinery, or do any activity that requires alertness or clear vision until you are sure you can perform such activities safely. Limit alcoholic beverages. Trazodone may cause a condition that affects the heart rhythm (QT prolongation). QT prolongation can rarely cause serious (rarely fatal) fast/irregular heartbeat and other symptoms (such as severe dizziness, fainting) that need medical attention right away. The risk of QT prolongation may be increased if you have certain medical conditions or are taking other drugs that may cause QT prolongation. Before using trazodone, tell your doctor or pharmacist of all the drugs you take and if you have any of the following conditions: certain heart problems (heart failure, slow heartbeat, QT prolongation in the EKG), family history of certain heart problems (QT prolongation in the EKG, sudden cardiac death). Low levels of potassium or magnesium in the blood may also increase your risk of QT prolongation. This risk may increase if you use certain drugs (such as diuretics/"water pills") or if you have conditions such as severe sweating, diarrhea, or vomiting. Talk to your doctor about using trazodone safely. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Older adults may be more sensitive to the side effects of this drug, especially drowsiness, dizziness, and QT prolongation (see above). During pregnancy, this medication should be used only when clearly needed. Discuss the risks and benefits with your doctor. Since untreated mental/mood problems (such as depression) can be a serious condition, do not stop taking this medication unless directed by your doctor. If you are planning pregnancy, become pregnant, or think you may be pregnant, immediately discuss with your doctor the benefits and risks of using this medication during pregnancy. This medication passes into breast milk. Consult your doctor before breast-feeding.

**DRUG INTERACTIONS:**
Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval. A product that may interact with this drug is: digoxin. Taking MAO inhibitors with this medication may cause a serious (possibly fatal) drug interaction. Avoid taking MAO inhibitors (isocarboxazid, linezolid, methylene blue, moclobemide, phenelzine, procarbazine, rasagiline, selegiline, tranylcypromine) during treatment wit this medication. Most MAO inhibitors should also not be taken for two weeks before and after treatment with this medication. Ask your doctor when to start or stop taking this medication. Other medications can affect the removal of trazodone from your body, which may affect how trazodone works. Examples include azole antifungals (such as itraconazole, ketoconazole), HIV protease inhibitors (such as ritonavir, indinavir), macrolide antibiotics (such as erythromycin), rifamycins (such as rifampin), drugs used to treat seizures (such as phenytoin), among others. The risk of serotonin syndrome/toxicity increases if you are also taking other drugs that increase serotonin. Examples include street drugs such as MDMA/"ecstasy," St. John's wort, certain antidepressants (including SSRIs such as fluoxetine/paroxetine, SNRIs such as duloxetine/venlafaxine), among others. The risk of serotonin syndrome/toxicity may be more likely when you start or increase the dose of these drugs. Tell your doctor or pharmacist if you are taking other products that cause drowsiness including alcohol, antihistamines (such as cetirizine, diphenhydramine), drugs for sleep or anxiety (such as alprazolam, diazepam, zolpidem), muscle relaxants, and narcotic pain relievers (such as codeine). Check the labels on all your medicines (such as allergy or cough-and-cold products) because they may contain ingredients that cause drowsiness. Ask you pharmacist about using those products safely.

**NOTES:**
Do not share this medication with others. Psychiatric and/or medical checkups (and laboratory tests) should be done periodically to monitor your progress and check for side effects. Consult your doctor for more details. Have your blood pressure and pulse checked regularly while taking this medication. Discuss with your doctor how to monitor your own blood pressure and pulse.

**MISSED DOSE:**
If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

**STORAGE:**
Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet c pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.

*Patient Education for BRENDA HERRON*

---

Prescription #: 6438619

Product: **TRAZODONE HCL 50 MG TABLET**

Directions For Use: TAKE ONE TABLET BY MOUTH AT BEDTIME

Dispense Date: 12/2/2019

Pharmacist: Susan Brenic

---

**TRAZODONE HCL 50 MG TABLET**

---

### USES:
This medication is used to treat depression. It may help to improve your mood, appetite, and energy level as well as decrease anxiety and insomnia related to depression. Trazodone works by helping to restore the balance of a certain natural chemical (serotonin) in the brain.

### HOW TO USE:
Read the Medication Guide provided by your pharmacist before you start using trazodone and each time you get a refill. If you have any questions, consult your doctor or pharmacist. Take this medication by mouth, usually once or twice daily after a meal or snack or as directed by your doctor. If drowsiness is a problem and you are taking 1 dose daily, take it at bedtime. If you are taking 2 doses each day, it may help to take 1 of the doses at bedtime. Follow your doctor's directions carefully. Dosage is based on your medical condition and response to treatment. To reduce your risk of side effects, your doctor may start you at a low dose and gradually increase your dose. Take this medication exactly as prescribed. Do not increase your dose or take this medication more often than prescribed. Your condition will not improve any faster, and the risk of serious side effects may be increased. It is important to continue taking this medication as prescribed even if you feel well. To help you remember, take it at the same time(s) each day. Do not stop taking this medication without consulting your doctor. Anxiety, agitation, and trouble sleeping can occur if the drug is suddenly stopped. It may take 2 to 4 weeks before you notice the full effects of this medication. Tell your doctor if your condition persists or worsens.

### SIDE EFFECTS:
See also the Warning section. Nausea, vomiting, diarrhea, drowsiness, dizziness, tiredness, blurred vision, changes in weight, headache, muscle ache/pain, dry mouth, bad taste in the mouth, stuffy nose, constipation, or change in sexual interest/ability may occur. If any of these effects persist or worsen, tell your doctor or pharmacist promptly. To relieve dry mouth, suck on (sugarless) hard candy or ice chips, chew (sugarless) gum, drink water, or use a saliva substitute. To reduce the risk of dizziness and lightheadedness, get up slowly when rising from a sitting or lying position. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor right away if you have any serious side effects, including: shaking (tremors), nightmares, ringing in the ears, problems urinating, blood in urine, signs of infection (e.g., fever, persistent sore throat), shortness of breath, stomach/abdominal pain. Get medical help right away if you have any very serious side effects, including: chest/jaw/left arm pain, fainting, fast/irregular heartbeat, seizures, eye pain/swelling/redness, widened pupils, vision changes (such as seeing rainbows around lights at night). This medication may increase serotonin and rarely cause a very serious condition called serotonin syndrome/toxicity. The risk increases if you are also taking other drugs that increase serotonin, so tell your doctor or pharmacist of all the drugs you take (see Drug Interactions section). Get medical help right away if you develop some of the following symptoms: fast heartbeat, hallucinations, loss of coordination, severe dizziness, severe nausea/vomiting/diarrhea, twitching muscles, unexplained fever, unusual agitation/restlessness. For males, in the very unlikely event you have a painful or prolonged erection (priapism) lasting 4 or more hours, stop using this drug and seek immediate medical attention, or permanent problems could occur. A very serious allergic reaction to this drug is rare. However, seek immediate medical attention if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US - Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

### PRECAUTIONS:
Before taking trazodone, tell your doctor or pharmacist if you are allergic to it; or to nefazodone; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details. Before using this medication, tell your doctor or pharmacist your medical history, especially of: personal or family history of bipolar disorder, personal or family history of suicide attempts, heart disease (e.g., irregular heartbeat, heart attack), liver disease, kidney disease, blood pressure problems, personal or family history of glaucoma (angle-closure type). This drug may make you dizzy or drowsy or cause blurred vision. Do not drive, use machinery, or do any activity that requires alertness or clear vision until you are sure you can perform such activities safely. Limit alcoholic beverages. Trazodone may cause a condition that affects the heart rhythm (QT prolongation). QT prolongation can rarely cause serious (rarely fatal) fast/irregular heartbeat and other symptoms (such as severe dizziness, fainting) that need medical attention right away. The risk of QT prolongation may be increased if you have certain medical conditions or are taking other drugs that may cause QT prolongation. Before using trazodone, tell your doctor or pharmacist of all the drugs you take and if you have any of the following conditions: certain heart problems (heart failure, slow heartbeat, QT prolongation in the EKG), family history of certain heart problems (QT prolongation in the EKG, sudden cardiac death). Low levels of potassium or magnesium in the blood may also increase your risk of QT prolongation. This risk may increase if you use certain drugs (such as diuretics/"water pills") or if you have conditions such as severe sweating, diarrhea, or vomiting. Talk to your doctor about using trazodone safely. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Older adults may be more sensitive to the side effects of this drug, especially drowsiness, dizziness, and QT prolongation (see above). During pregnancy, this medication should be used only when clearly needed. Discuss the risks and benefits with your doctor. Since untreated mental/mood problems (such as depression) can be a serious condition, do not stop taking this medication unless directed by your doctor. If you are planning pregnancy, become pregnant, or think you may be pregnant, immediately discuss with your doctor the benefits and risks of using this medication during pregnancy. This medication passes into breast milk. Consult your doctor before breast-feeding.

### DRUG INTERACTIONS:
Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval. A product that may interact with this drug is: digoxin. Taking MAO inhibitors with this medication may cause a serious (possibly fatal) drug interaction. Avoid taking MAO inhibitors (isocarboxazid, linezolid, methylene blue, moclobemide, phenelzine, procarbazine, rasagiline, selegiline, tranylcypromine) during treatment with this medication. Most MAO inhibitors should also not be taken for two weeks before and after treatment with this medication. Ask your doctor when to start or stop taking this medication. Other medications can affect the removal of trazodone from your body, which may affect how trazodone works. Examples include azole antifungals (such as itraconazole, ketoconazole), HIV protease inhibitors (such as ritonavir, indinavir), macrolide antibiotics (such as erythromycin), rifamycins (such as rifampin), drugs used to treat seizures (such as phenytoin), among others. The risk of serotonin syndrome/toxicity increases if you are also taking other drugs that increase serotonin. Examples include street drugs such as MDMA/"ecstasy," St. John's wort, certain antidepressants (including SSRIs such as fluoxetine/paroxetine, SNRIs such as duloxetine/venlafaxine), among others. The risk of serotonin syndrome/toxicity may be more likely when you start or increase the dose of these drugs. Tell your doctor or pharmacist if you are taking other products that cause drowsiness including alcohol, antihistamines (such as cetirizine, diphenhydramine), drugs for sleep or anxiety (such as alprazolam, diazepam, zolpidem), muscle relaxants, and narcotic pain relievers (such as codeine). Check the labels on all your medicines (such as allergy or cough-and-cold products) because they may contain ingredients that cause drowsiness. Ask your pharmacist about using those products safely.

### NOTES:
Do not share this medication with others. Psychiatric and/or medical checkups (and laboratory tests) should be done periodically to monitor your progress and check for side effects. Consult your doctor for more details. Have your blood pressure and pulse checked regularly while taking this medication. Discuss with your doctor how to monitor your own blood pressure and pulse.

### MISSED DOSE:
If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

### STORAGE:
Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.

*Patient Education for BRENDA HERRON*

Prescription #: 6438621

Product: **FLUOXETINE HCL 20 MG CAPSULE**

Directions For Use: TAKE ONE CAPSULE BY MOUTH DAILY

Dispense Date: 12/2/2019

Pharmacist: Susan Brenic

*FLUOXETINE HCL 20 MG CAPSULE*

## USES:
Fluoxetine is used to treat depression, panic attacks, obsessive compulsive disorder, a certain eating disorder (bulimia), and a severe form of premenstrual syndrome (premenstrual dysphoric disorder). This medication may improve your mood, sleep, appetite, and energy level and may help restore your interest in daily living. It may decrease fear, anxiety, unwanted thoughts, and the number of panic attacks. It may also reduce the urge to perform repeated tasks (compulsions such as hand-washing, counting, and checking) that interfere with daily living. Fluoxetine may lessen premenstrual symptoms such as irritability, increased appetite, and depression. It may decrease binging and purging behaviors in bulimia.

## HOW TO USE:
Read the Medication Guide provided by your pharmacist before you start using fluoxetine and each time you get a refill. If you have any questions, ask your doctor or pharmacist. Take this medication by mouth as directed by your doctor, usually once daily in the morning. If you are taking this medication twice a day, your doctor may direct you to take it in the morning and at noon. If you are taking fluoxetine for premenstrual problems, your doctor may direct you to take it every day of the month or just for the 2 weeks before your period through the first full day of your period. To help you remember, mark your calendar. If you are using the liquid form of this medication, measure the dose carefully using a special measuring device/spoon. Do not use a household spoon because you may not get the correct dose. The dosage is based on your medical condition and response to treatment. To reduce your risk of side effects, your doctor may direct you to start this medication at a low dose and gradually increase your dose. Follow your doctor's instructions carefully. Take this medication regularly to get the most benefit from it. To help you remember, take it at the same time each day. It is important to continue taking this medication as prescribed even if you feel well. Do not stop taking this medication without first consulting your doctor. Some conditions may become worse when the drug is abruptly stopped. Your dose may need to be gradually decreased. You should see some improvement in 1 to 2 weeks. It may take 4 to 5 weeks before you feel the full benefit. Tell your doctor if your condition does not improve or if it worsens.

## SIDE EFFECTS:
See also Warning section. Nausea, drowsiness, dizziness, anxiety, trouble sleeping, loss of appetite, tiredness, sweating, or yawning may occur. If any of these effects persist or worsen, tell your doctor promptly. Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. Tell your doctor right away if any of these unlikely but serious side effects occur: unusual or severe mental/mood changes (such as agitation, unusual high energy/excitement, thoughts of suicide), easy bruising/bleeding, muscle weakness/spasm, shakiness (tremor), decreased interest in sex, changes in sexual ability, unusual weight loss. Get medical help right away if you have any very serious side effects, including: bloody/black/tarry stools, vomit that looks like coffee grounds, fast/irregular heartbeat, fainting, seizures, signs of kidney problems (such as change in the amount of urine), eye pain/swelling/redness, widened pupils, vision changes (such as seeing rainbows around lights at night, blurred vision). If you have diabetes, fluoxetine may affect your blood sugar levels. Monitor your blood sugar regularly and share the results with your doctor. Your doctor may need to adjust your medication, diet, and exercise when you start or stop fluoxetine. This medication may increase serotonin and rarely cause a very serious condition called serotonin syndrome/toxicity. The risk increases if you are also taking other drugs that increase serotonin, so tell your doctor or pharmacist of all the drugs you take (see Drug Interactions section). Get medical help right away if you develop some of the following symptoms: fast heartbeat, hallucinations, loss of coordination, severe dizziness, severe nausea/vomiting/diarrhea, twitching muscles, unexplained fever, unusual agitation/restlessness. Rarely, males may have a painful or prolonged erection lasting 4 or more hours. If this occurs, stop using this drug and get medical help right away, or permanent problems could occur. A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US - Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

## PRECAUTIONS:
Before taking fluoxetine, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details. Before using this medication, tell your doctor or pharmacist your medical history, especially of: personal or family history of bipolar/manic-depressive disorder, personal or family history of suicide attempts, liver problems, diabetes, low sodium in the blood (such as may occur while taking "water pills" - diuretics), severe loss of body water (dehydration), seizures, stomach/intestinal ulcers, personal or family history of glaucoma (angle-closure type). This drug may make you dizzy or drowsy. Do not drive, use machinery, or do any activity that requires alertness until you are sure you can perform such activities safely. Avoid alcoholic beverages. Fluoxetine may cause a condition that affects the heart rhythm (QT prolongation). QT prolongation can rarely cause serious (rarely fatal) fast/irregular heartbeat and other symptoms (such as severe dizziness, fainting) that need medical attention right away. The risk of QT prolongation may be increased if you have certain medical conditions or are taking other drugs that may cause QT prolongation. Before using fluoxetine, tell your doctor or pharmacist of all the drugs you take and if you have any of the following conditions: certain heart problems (heart failure, slow heartbeat, QT prolongation in the EKG), family history of certain heart problems (QT prolongation in the EKG, sudden cardiac death). Low levels of potassium or magnesium in the blood may also increase your risk of QT prolongation. This risk may increase if you use certain drugs (such as diuretics/"water pills") or if you have conditions such as severe sweating, diarrhea, or vomiting. Talk to your doctor about using this medication safely. The liquid form of this medication contains alcohol. Caution is advised if you have diabetes, alcohol dependence, or liver disease. Some medications (such as metronidazole, disulfiram) can cause a serious reaction when combined with alcohol. Ask your doctor or pharmacist about using this product safely. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Older adults may be more sensitive to the side effects of this drug, especially bleeding and QT prolongation (see above). Older adults may also be more likely to develop low sodium in the blood, especially if they are taking "water pills" (diuretics). During pregnancy, this medication should be used only when clearly needed. It may harm an unborn baby. Also, babies born to mothers who have used this drug during the last 3 months of pregnancy may rarely develop withdrawal symptoms such as feeding/breathing difficulties, seizures, muscle stiffness, or constant crying. If you notice any of these symptoms in your newborn, tell the doctor promptly. Since untreated mental/mood problems (such as depression, panic attacks, obsessive compulsive disorder) can be a serious condition, do not stop taking this medication unless directed by your doctor. If you are planning pregnancy, become pregnant, or think you may be pregnant, immediately discuss the benefits and risks of using this medication during pregnancy with your doctor. This drug may pass into breast milk and could have undesirable effects on a nursing infant. Consult your doctor before breast-feeding.

## DRUG INTERACTIONS:
Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval. Fluoxetine can stay in your body for many weeks after your last dose and may interact with many other medications. Before using any medication, tell your doctor or pharmacist if you have taken fluoxetine in the previous 5 weeks. Some products that may interact with this drug include: drugs removed from your body by certain liver enzymes including vinblastine, antiarrhythmics such as propafenone/flecainide, tricyclic antidepressants such as desipramine/imipramine, other drugs that can cause bleeding/bruising including antiplatelet drugs such as clopidogrel, NSAIDs such as ibuprofen, "blood thinners" such as warfarin. Taking MAO inhibitors with this medication may cause a serious (possibly fatal) drug interaction. Avoid taking MAO inhibitors (isocarboxazid, linezolid, methylene blue, moclobemide, phenelzine, procarbazine, rasagiline, selegiline, tranylcypromine) during treatment with this medication. Most MAO inhibitors should also not be taken for 2 weeks before and at least 5 weeks after treatment with this medication. Ask your doctor when to start or stop taking this medication. Many drugs besides fluoxetine may affect the heart rhythm (QT prolongation), including pimozide and thioridazine, among others. Aspirin can increase the risk of bleeding when used with this medication. However, if your doctor has directed you to take low-dose aspirin for heart attack or stroke prevention (usually at dosages of 81-325 milligrams a day), you should continue taking it unless your doctor instructs you otherwise. The risk of serotonin syndrome/toxicity increases if you are also taking other drugs that increase serotonin. Examples include street drugs such as MDMA/"ecstasy," St. John's wort, certain antidepressants (including other SSRIs such as citalopram/paroxetine, SNRIs such as duloxetine/venlafaxine), tryptophan, among others. The risk of serotonin syndrome/toxicity may be more likely when you start or increase the dose of these drugs. Tell your doctor or pharmacist if you are taking other products that cause drowsiness including alcohol, antihistamines (such as cetirizine, diphenhydramine), drugs for sleep or anxiety (such as alprazolam, diazepam, zolpidem), muscle relaxants, and narcotic pain relievers (such as codeine). Check the labels on all your medicines (such as allergy or cough-and-cold products) because they may contain ingredients that cause drowsiness. Ask your pharmacist about using those products safely. This medication may interfere with

**Union Health Service, Inc.**

certain medical/laboratory tests (including brain scan for Parkinson's disease), possibly causing false test results. Make sure laboratory personnel and all your doctors know you use this drug.

**NOTES:**
Do not share this medication with others. Keep all regular medical and psychiatric appointments.

**MISSED DOSE:**
If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

**STORAGE:**
Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company for more details about how to safely discard your product.

**Medication Guide**
**Antidepressant Medicines, Depression and**
**Other Serious Mental Illnesses, and**
**Suicidal Thoughts or Actions**

Read the Medication Guide that comes with your or your family member's antidepressant medicine. This Medication Guide is only about the risk of suicidal thoughts and actions with antidepressant medicines. **Talk to your or your family member's, healthcare provider about:**

- all risks and benefits of treatment with antidepressant medicines
- all treatment choices for depression or other serious mental illness

**What is the most important information I should know about antidepressant medicines, depression and other serious mental illnesses, and suicidal thoughts or actions?**

> **1. Antidepressant medicines may increase suicidal thoughts and actions in some children, teenagers, and young adults within the first few months of treatment.**
> **2. Depression and other serious mental illnesses are the most important causes of suicidal thoughts and actions. Some people may have a particularly high risk of having suicidal thoughts or actions.** These include people who have (or have a family history of) bipolar illness (also called manic-depressive illness) or suicidal thoughts or actions.
> **3. How can I watch for and try to prevent suicidal thoughts and actions in myself or a family member?**

- Pay close attention to any changes, especially sudden changes, in mood, behaviors, thoughts, or feelings. This is very important when an antidepressant medicine is started or when the dose is changed.
- Call the healthcare provider right away to report new or sudden changes in mood, behavior, thoughts, or feelings.
- Keep all follow-up visits with the healthcare provider as scheduled. Call the healthcare provider between visits as needed, especially if you have concerns about symptoms.

**Call a healthcare provider right away if you or your family member has any of the following symptoms, especially if they are new, worse, or worry you:**

- thoughts about suicide or dying
- attempts to commit suicide
- new or worse depression
- new or worse anxiety
- feeling very agitated or restless
- panic attacks
- trouble sleeping (insomnia)
- new or worse irritability
- acting aggressive, being angry, or violent
- acting on dangerous impulses
- an extreme increase in activity and talking (mania)
- other unusual changes in behavior or mood

**What else do I need to know about antidepressant medicines?**

- **Never stop an antidepressant medicine without first talking to a healthcare provider.** Stopping an antidepressant medicine suddenly can cause other symptoms.
- **Antidepressants are medicines used to treat depression and other illnesses.** It is important to discuss all the risks of treating depression and also the risks of not treating it. Patients and their families or other caregivers should discuss all treatment choices with the healthcare provider, not just the use of antidepressants.
- **Antidepressant medicines have other side effects.** Talk to the healthcare provider about the side effects of the medicine prescribed for you or your family member.
- **Antidepressant medicines can interact with other medicines.** Know all of the medicines that you or your family member takes. Keep a list of all medicines to show the healthcare provider. Do not start new medicines without first checking with your healthcare provider.
- **Not all antidepressant medicines prescribed for children are FDA approved for use in children.** Talk to your child's healthcare provider for more information.

This Medication Guide has been approved by the U.S. Food and Drug Administration for all antidepressants.
Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.
Revised: November 2008