UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRENDA HERRON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-08051 |
| ) | |
| GOLD STANDARD BAKERY ) | |
| ) | |
| Defendant. ) | |

**Notice of Dismissal Without Prejudice**

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Brenda Herron now dismisses this action without prejudice.

Dated: October 30, 2020.

Respectfully submitted,

  /s/ Thomas R. Kayes
Thomas R. Kayes (Ill. Bar No. 6315461)
**Law Office of Thomas R. Kayes, LLC**
2045 W Grand Ave, Ste B, PMB 62448
Chicago, IL 60612
t. 708.722.2241
tom@kayes.law

Attorney for Plaintiff

Pg. 2

**Certificate of Service**

      I certify that on this date I served this document on all counsel of record by filing it using the Court's CM/ECF system.

Dated: October 30, 2020.

                                        /s/ Thomas R. Kayes
                                        Thomas R. Kayes